FILED

2004 APR -, P ; [?]

[?] [?] [?] [?] COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | Case No. 301CV1410 (RNC) |
| Plaintiff, | |
| v. | |
| FRANK PERROTTI, JR., | March 29, 2004 |
| Defendant. | |

## MOTION FOR REFERRAL TO MAGISTRATE FOR
## MEDIATION AND SCHEDULING OF SETTLEMENT CONFERENCE

Frank Perrotti Jr., the Defendant in the above entitled action, by his attorney, hereby moves that this matter be referred to United States Magistrate Judge Thomas P. Smith for non-binding mediation between the parties in this matter regarding the remaining issues which have not been resolved by reason of this Court's decision and Order regarding the Plaintiffs' Motion for Summary Judgment, and this Court's decision and order regarding the Plaintiffs' Motion for Reconsideration, that the mediation be conducted in May, 2004 or at the earliest convenience of the Magistrate's schedule and that a Settlement Conference be scheduled prior thereto at the Court's earliest convenience as soon as possible after April 21, 2004.

The reason for this Motion is that the parties have agreed to participate in a non-binding mediation of the narrowed issues in this case and that a Settlement Conference would be timely upon the completion of discovery in this matter.

THE DEFENDANT
FRANK PERROTTI, JR.

By: _____
John L. Senning, Esquire of
Senning & Rieder
Fed Bar # ct05807
16 Saybrook Road
Essex, CT  06426
Email:  jlssealaw@aol.com
His Attorneys

## **CERTIFICATION**

I hereby certify that on March 30, 2004, a true copy of the foregoing was sent by First Class mail, postage prepaid, and by telefax and/or electronically by email to the following:

James W. Carbin, Esq.
Duane Morris
744 Broad St., Suite 1200
Newark, NJ  07102-3889

and to all counsel in the companion case, <u>Clean Waste Inc. v. The Connecticut Indemnity Company</u>, Case No. 3:02 CV2105 (RNC);

Mary E.R. Bartholic, Esq.
Thomas W. Witherington, Esq.
Cohn, Birnbaum & Shea, P.C.
100 Pearl St.
Hartford, CT  06103-4500

Frank J. Liberty, Esq.
Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.
Two Union Plz #200
P.O. Box 1591
New London, CT  06320-1591

Christopher P. Weldon, Esq.
Darren P. Renner, Esq.
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT  06905-5555

_____

John L. Senning