UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | Case No. 301CV1410 (RNC) |
| Plaintiff, | |
| v. | |
| FRANK PERROTTI, JR., | March 29, 2004 |
| Defendant. | |

**MOTION FOR REFERRAL TO MAGISTRATE FOR
MEDIATION AND SCHEDULING OF SETTLEMENT CONFERENCE**

Frank Perrotti Jr., the Defendant in the above entitled action, by his attorney, hereby moves that this matter be referred to United States Magistrate Judge Thomas P. Smith for non-binding mediation between the parties in this matter regarding the remaining issues which have not been resolved by reason of this Court's decision and Order regarding the Plaintiffs' Motion for Summary Judgment, and this Court's decision and order regarding the Plaintiffs' Motion for Reconsideration, that the mediation be conducted in May, 2004 or at the earliest convenience of the Magistrate's schedule and that a Settlement Conference be scheduled prior thereto at the Court's earliest convenience as soon as possible after April 21, 2004.

The reason for this Motion is that the parties have agreed to participate in a non-binding mediation of the narrowed issues in this case and that a Settlement Conference would be timely upon the completion of discovery in this matter.

*Granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*
*April 2, 2004.*

FILED 2004 APR -A 10 3... U.S. DISTRICT COURT HARTFORD CT