UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT INDEMNITY CO., | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:01CV1410(RNC) |
| FRANK PERROTTI, JR., | : | |
| Defendant. | : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_  To conduct settlement conferences (orefmisc./cnf);

\_\_\_  To conduct a prefiling conference (orefmisc./cnf);

\_\_\_  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_  A ruling on the following pending motion (orefm.): Motion to Modify and Extend Discovery and Conduct Mediation Proceedings [doc. 71]

So ordered.

Dated at Hartford, Connecticut this 5 day of April 2004.

Robert N. Chatigny
United States District Judge