UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR -8 P 1:24

| | |
|---|---|
| THE CONNECTICUT INDEMNITY CO., : | |
| Plaintiff, : | |
| v. : | CASE NO. 3:01CV1410 (RNC) |
| FRANK PERROTTI, JR., : | |
| Defendant. : | |

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge <u>Thomas P. Smith</u> for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.):_____
Motion to Modify and Extend Discovery and Conduct Mediation Proceedings [doc. 71]

So ordered.

Dated at Hartford, Connecticut this ___ day of April 2004.

Robert N. Chatigny
United States District Judge