M/4 01cv1410 ref
4-2-04

*So ordered. The referral to Magistrate Judge Martinez is hereby vacated. Robert N. Chatigny, U.S.D.J. April 8, 2004.*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THE CONNECTICUT INDEMNITY CO., :
    Plaintiff, :
    v. : CASE NO. 3:01CV1410 (RNC)
FRANK PERROTTI, JR., :
    Defendant. :

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.):
Motion to Modify and Extend Discovery and Conduct Mediation Proceedings [doc. 71]

So ordered.

Dated at Hartford, Connecticut this 5 day of April 2004.

Robert N. Chatigny
United States District Judge