UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THE CONNECTICUT INDEMNITY CO.
       -Plaintiff

-v-                                         CIVIL 3:01cV1410(RNC)(TPS)

FRANK PEROTTI, JR.,
       -Defendant

### ENDORSEMENT

The defendants motion to modify and extend discovery and conduct mediation proceedings (Dkt. # 71) is **GRANTED ABSENT OBJECTION**.

Dated at Hartford, Connecticut this 19th day of April, 2004.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge