UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY CO.<br><br>vs.<br><br>FRANK PERROTTI, JR. | CIVIL ACTION NO. :<br><br>3:01CV1410(RNC)<br><br>JUNE 4, 2004 |

### BRUEN DELDIN DIDIO ASSOCIATES, INC.'S
### MOTION FOR SANCTIONS / ATTORNEYS' FEES

Pursuant to L.Civ.R. 16(c), (f) and (g), Bruen Deldin DiDio Associates, Inc. ("BDD") hereby moves the court for Sanctions against Attorney John Senning and his clients, Frank Perrotti, Jr. and Clean Waste, Inc. for their failure to attend a Settlement Conference, which had been Ordered by the Court after their request.

Local Rule16(c) requires that "[c]ounsel shall attend any settlement conference fully authorized to make a final demand or offer . . . . The judicial officer . . . before whom a settlement conference is to be held may require that counsel be accompanied by the person or persons authorized and competent to accept or reject any settlement proposal." In addition, Rule

**ORAL ARGUMENT NOT REQUESTED.**

16(f) states: "[f]or failure to appear at a conference . . . or for failure to comply with the terms of this Rule or any orders issued pursuant to this Rule, the Court in its discretion may impose such sanctions as are authorized by law, including without limitation an order . . . with respect to the imposition on the party or, where appropriate, on counsel personally, of costs and counsel fees . . . ." Finally, Rule 16(g) provides that "[t]he Court may impose sanctions directly against counsel who disobey an order of the Court . . . ."

On April 12, 2004, after a request by all counsel (in both the above-captioned matter and the related matter, <u>Clean Waste, Inc. v. The Connecticut Indemnity Co., et al.</u>, No. 3:02 CV 2105 (RNC)), the Court (Smith, U.S.M.J.) ordered a Settlement Conference to be held on June 3, 2004 at 10:00 a.m. Judge Smith further ordered that all counsel "shall be accompanied by the appropriate persons with the authority to settle." With the exception of Attorney Senning and his clients, all counsel were present with their clients and insurance representatives, prepared to participate in the conference. However, due to the failure of Attorney Senning and his clients to appear, the Settlement Conference could not go forward.

Neither Attorney Senning, nor his clients, have articulated any legitimate reason for their failure to attend the conference or their failure to inform all other counsel that they would not be in attendance. As a consequence of the neglect of Attorney Senning and his clients, BDD has incurred $1,104.00 in legal fees representing 4.6 hours of legal time for the undersigned's preparation for the conference, attendance in Court and preparation of this motion.

Accordingly, BDD hereby moves for a Court Sanction against Attorney Senning and/or Clean Waste, Inc. and Frank Perrotti, Jr. and an Order that they make payment to BDD, in accordance with Local Rule 16, in the amount of $1,104.00 for these unnecessarily incurred legal fees. An Affidavit by the undersigned is filed herewith in support of this motion.

                              BRUEN DELDIN DIDIO ASSOCIATES, INC.,
                              DEFENDANT

                              By:   /s/    Mary E.R. Bartholic
                                    Mary E.R. Bartholic
                                    Federal Bar No. ct17518
                                    Cohn Birnbaum & Shea P.C.
                                    100 Pearl Street
                                    Hartford, CT  06103
                                    Telephone: 860-493-2200
                                    Facsimile: 860-727-0361
                                    mbartholic@cb-shea.com

COHN BIRNBAUM & SHEA P.C. • ATTORNEYS AT LAW • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163