UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY CO.<br><br>vs.<br><br>FRANK PERROTTI, JR. | CIVIL ACTION NO. :<br><br>3:01CV1410(RNC)<br><br>JUNE 4, 2004 |

### AFFIDAVIT OF MARY E.R. BARTHOLIC

The undersigned, Mary E.R. Bartholic, being duly sworn, hereby deposes and states:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I am a principal in the law firm of Cohn Birnbaum & Shea P.C. and I am counsel of record for Bruen Deldin DiDio Associates, Inc. ("BDD") in the above captioned matter and the related matter, Clean Waste, Inc. v. The Connecticut Indemnity Co., et al., No. 3:02 CV 2105 (RNC).

3. Pursuant to an April 12, 2004 Court Order (Smith, U.S.M.J.), I appeared at Court on June 3, 2004 for a Settlement Conference. Due to the failure of John Senning, counsel for Frank Perrotti, Jr. and Clean Waste, Inc., to appear at court, the Settlement Conference could not go forward.

4. My legal fees generated in connection with the Settlement Conference total $1,104.00 representing 4.6 hours of legal time, billed at $240.00 per hour, as follows:

| | |
|---|---|
| Preparation for the Conference | 1.70 hours |
| Attendance at the Conference | 1.80 hours |
| Preparation of the Motion for Sanctions | 1.10 hours |

/s/   Mary E.R. Bartholic
Mary E.R. Bartholic

Sworn and subscribed to before me on this 4the day of June, 2004.

/s/   Thomas W. Witherington
Thomas W. Witherington
Commissioner of the Superior Court

COHN BIRNBAUM & SHEA P.C. • ATTORNEYS AT LAW • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163