Samuel B. Mayer, Esq. (CT14821)
46 Woodbury Avenue
Stamford, Connecticut 06907
(203) 324-0711

-and-

James W. Carbin, Esq. (CT13762)
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000

Attorneys for Plaintiff,
The Connecticut Indemnity Company

FILED

2004 JUN -8  A 10: 46

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FRANK PERROTTI, JR.,<br><br>　　　　　　Defendant. | Index No. 301CV1410 (RNC) |

### NOTICE OF MOTION FOR SANCTIONS FOR FAILURE TO APPEAR

The Plaintiff The Connecticut Indemnity Company ("CIC"), by its attorneys Duane Morris LLP, hereby moves pursuant to Fed.R.Civ.Pro. 16 and 37, for an Order imposing sanctions for Defendant's violation of Court Order.

NWK\93022.1

**WHEREFORE**, CIC requests an Order imposing sanctions upon Defendant Perrotti or Defendant's counsel or both and, for such other relief the Court deems just and proper.

Dated: Newark, New Jersey
      June 7, 2004

By: _____
James W. Carbin (CT13762)
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Attorneys for Plaintiff,
The Connecticut Indemnity Company

NWK\93022.1

## CERTIFICATION OF SERVICE

I, Michelle Robertsn, hereby certify that a copy of the Notice of Motion and Declaration of of James W. Carbin In Support of CIC's to Motion for Sanctions for Failure to Appear via Federal Express on the following:

> John L. Senning, Esq.
> Senning & Rieder
> The Essex Law Group, LLC
> 16 Saybrook Road
> Essex, Connecticut 06426

Dated: June 7, 2004

Michelle Roberts