Samuel B. Mayer, Esq. (CT14821)
46 Woodbury Avenue
Stamford, Connecticut 06907
(203) 324-0711

-and-

James W. Carbin, Esq. (CT13762)
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Attorneys for Plaintiff,
The Connecticut Indemnity Company

FILED
2004 JUN -8 A 10: 46
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>FRANK PEROTTI, JR.,<br><br>       Defendant. | Index No. 301CV1410 (RNC)<br><br>DECLARATION OF JAMES W. CARBIN IN SUPPORT OF THE CONNECTICUT INDEMNITY COMPANY'S AND MARINE MGA'S MOTION FOR SANCTIONS AGAINST DEFENDANT FRANK PEROTTI, JR. FOR FAILURE TO APPEAR PER COURT ORDER. |

JAMES W. CARBIN being duly sworn, declares under penalty of perjury:

1. I am an attorney at law and a member of Duane Morris LLP, counsel for Plaintiff Connecticut indemnity Corporation ("CIC") in this action and for CIC and Marine MGA Inc. ("MGA") in the related action entitled Clean Waste, Inc. v CIC et al. pending before this Court.

2. This declaration is offered in support of CIC and MGA's motion for an award of fees and expenses against Perotti for as sanctions for failure to appear a the court ordered settlement conference June 3, 2004 before the Honorable Magistrate Judge Thomas P. Smith.

NWK\93002.1

3. By order dated April 12, 2004, Judge Thomas P. Smith ordered all parties to appear at a settlement conference by counsel and with an authorized representative to explore settlement. A copy of the Order is Exhibit 1.

4. In anticipation of the conference, CIC and MGA prepared a confidential settlement memorandum for the Court.

5. In preparation for the conference I, as counsel for CIC and MGA, spent approximately 5 hours preparing for the conference in reviewing the record and conferencing with CIC and Marine MGA during the days immediately preceding the scheduled conference.

6. On June 3, the day of the conference, I traveled from my office in New Jersey to the Courthouse by car, a distance of approximately 200 miles each way.

7. Both CIC and Marine MGA had two party representatives attend with me at the conference for a total contingent of five people.

8. Neither counsel for Defendant Perotti/Clean Waste, Inc. nor Mr. Perotti nor clean Waste, Inc. appeared, despite ample notice of the conference.

9. The total travel expense incurred with tolls was $183.

10. The total fees and expenses incurred in preparing for and attending the conference is $4308.

11. I make this Declaration under penalty of perjury of the law of the United States and any other applicable governing authority.

Wherefore, CIC and Marine MGA respectfully request that the Court award them the costs and fees incurred in having to prepare for and attend the Court ordered settlement conference that was frustrated by Defendant Perotti'sand Clean Waste's non-appearance.

Dated:   June 7, 2004
         Newark, NJ

                                          James W. Carbin

NWK\93002.1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THE CONNECTICUT INDEMNITY CO.,
-Plaintiff(s)

-v-                                    NO. 3:01 CV 1410 (SFD)

FRANK PERROTTI, JR.,
-Defendant(s)

FILED 2004 APR 12 P 2 52 US DISTRICT COURT HARTFORD, CT.

### ORDER

A settlement conference will be held before the undersigned on **JUNE 3, 2004 at 10:00 a.m.** The parties shall submit **ex parte** statements (including damages analyses) to the Chambers of Judge Smith, Room 258, not to exceed three pages, no later than 3 calendar days prior to the conference. **Facsimiles will not be accepted.** Counsel shall be accompanied by the appropriate persons with the authority to settle. It will not be sufficient for such individuals to be "available by telephone." See *Nick v. Morgan's Foods, Inc.*, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 12th day of April, 2004.

Thomas P. Smith
United States Magistrate Judge