UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY CO., | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:01CV1410(RNC) |
| FRANK PERROTTI, JR., | : |
| Defendant. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Thomas P. Smith for the following:

\_\_\_   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

\_\_\_   To conduct settlement conferences (orefmisc./cnf);

\_\_\_   To conduct a prefiling conference (orefmisc./cnf);

\_\_\_   To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_   A ruling on the following pending motions(orefm.):
Motion for Sanctions/Attorneys' Fees [doc. 79]
Motion for Sanctions for Failure to Appear [doc. 81]
_____

So ordered.

Dated at Hartford, Connecticut this    day of June 2004.


_____          /s/RNC
                                     Robert N. Chatigny
                                United States District Judge