**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **THE CONNECTICUT INDEMNITY CO.** | : | **CIVIL ACTION NO.** |
| **v.** | : | **3:01 CV 1410 (RNC)** |
| **FRANK PERROTTI, JR.** | : | **JUNE 14, 2004** |

**FIRST NATIONS FINANCIAL SERVICES, INC.'S**
**MOTION FOR SANCTIONS & ATTORNEY'S FEES**

    Pursuant to L.Civ.R. 16(c), (f) and (g), First Nations Financial Services, Inc. (hereinafter referred to as "First Nations") hereby moves the Court for sanctions against Attorney John Senning and his clients, Frank Perrotti, Jr. and Clean Waste, Inc., for their failure to attend the settlement conference which had been ordered by this Court after repeated requests by Attorney Senning.

    Local Rule 16(c) requires that "counsel shall attend any settlement conference fully authorized to make a final demand or offer...The judicial officer...before whom at settlement conferences to be held may require that counsel be accompanied by the person or persons authorized and competent to accept or reject any settlement proposal".

    The Rule further states that failure to appear at a conference or comply with the terms that the Court through Magistrate Smith may impose sanctions as authorized by law of costs and counsel fees.

Attorney Senning has had requested mediation in this matter for approximately nine (9) months and it was ordered that a settlement conference be held on June 3, 2004 at 10:00 a.m. This referral to Magistrate Smith was specifically done by the defendants, Frank Perrotti, Jr. and Clean Waste, Inc., through its attorney, John Senning. All clients and counsel for all parties, except for Attorney Senning and his clients, appeared.

To date, neither Attorney Senning nor his clients have stated any reason for their failure to attend this settlement conference and as a consequence of this, First Nations has incurred $1,440.00 of legal fees representing 7.2 hours at $200/hour regarding this attendance in Court, preparation of this motion and the mediation statement.

Therefore, First Nations hereby moves the Court for sanctions against Attorney Senning and/or Frank Perrotti, Jr. and/or Clean Waste, Inc. and an Order that payment in the amount of $1,440.00 be made to the Law Offices of Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C. for the payment of these unnecessarily incurred legal fees. An Affidavit is set forth in support of this motion.

In the case of First Nation, it is also especially egregious given that to date, Attorney Senning has refused to respond to demands to withdraw this case; 1. Based on the statute of limitations, and 2. on his failure to produce documents that were exculpatory to First Nations.

**FIRST NATIONS FINANCIAL SERVICES, INC.**


By:     _____
        *Frank J. Liberty, of*
        *Suisman, Shapiro, Wool, Brennan,*
        *Gray & Greenberg, P.C.*
        *Its Attorneys*

## <u>CERTIFICATION</u>

I hereby certify that a true copy of the foregoing Motion for Sanctions and Affidavit of Frank J. Liberty in Support of Attorney's Fees was mailed by U. S. Mail, First Class and postage prepaid, this 14th day of June, 2004 as follows:

James W. Carbin, Esq.
Duane Morris & Heckscher
744 Broad Street, Suite 1200
Newark NJ 07102

John L. Senning, Esq.
Senning & Rieder
16 Saybrook Road
Essex CT 06426

Darren P. Renner, Esq.
Lustig & Brown
1150 Summer Street
Stamford, CT 06905-5555

Mary E. R. Bartholic, Esq.
Cohn, Birnbaum & Shea, P.C.
100 Pearl Street
Hartford CT 06103-4500

By:     _____
        *Frank J. Liberty*