UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT INDEMNITY CO. | : | CIVIL ACTION NO. |
| v. | : | 3:01 CV 1410 (RNC) |
| FRANK PERROTTI, JR. | : | JUNE 7, 2004 |

## AFFIDAVIT OF FRANK J. LIBERTY

The undersigned, Frank J. Liberty, being duly sworn, hereby deposes and states:

1. I am over the age of eighteen (18) years and understands the obligations of an oath.

2. I am a director at the law firm of Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C. and I am counsel of record for First Nations Financial Services, Inc. in the above-captioned matter and the related matter, Clean Waste, Inc. v. The Connecticut Indemnity Co., et al., No. 3:02 CV 2105 (RNC).

3. Pursuant to this Court's Order, I appeared at Federal District Court on June 3, 2004 for a settlement conference. All of the parties were present for the settlement conference except for Attorney John Senning, counsel for Frank Perrotti, Jr. and Clean Waste, Inc.

4. Due to Attorney Senning's absence, this matter did not go forward and I have expended the following legal fees pertaining to this mediation:

      a.    5/25/04 - preparation of mediation statement - 1.10 hours

      b.    5/26/04 - revise mediation statement - .40 hours

      c.    6/2/04 - telephone conference with client regarding the mediation - .4o hours

      d.    6/3/04 - travel from New London to Hartford and back regarding mediation settlement conference - 4.50 hours; and,

      e.    6/7/04 - preparation for Motion for Sanctions - .8 hours

5. Therefore, my client will be charged $1,440.00 and billed for the same.

_____
*Frank J. Liberty*

Sworn to and subscribed before me this
7th day of June, 2004.

_____
*Commissioner of Superior Court/Notary Public*

## **CERTIFICATION**

I hereby certify that a true copy of the foregoing Motion for Sanctions and Affidavit of Frank J. Liberty in Support of Attorney's Fees was mailed by U. S. Mail, First Class and postage prepaid, this 7th day of June, 2004 as follows:

James W. Carbin, Esq.
Duane Morris & Heckscher
744 Broad Street, Suite 1200
Newark NJ 07102

Mr. John L. Senning, Esq.
Senning & Rieder
16 Saybrook Road
Essex CT 06426

Darren P. Renner, Esq.
Lustig & Brown
1150 Summer Street
Stamford, CT 06905-5555

Mary E. R. Bartholic, Esq.
Cohn, Birnbaum & Shea, P.C.
100 Pearl Street
Hartford CT 06103-4500

By: _____
*Frank J. Liberty*