UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN 18 P 1: 35

U.S. DISTRICT COURT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY CO., | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:01CV1410 (RNC) |
| FRANK PERROTTI, JR., | : |
| Defendant. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge <u>Thomas P. Smith</u> for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_x_ A ruling on the following pending motions (orefm.): _____
Motion for Sanctions and Attorney's Fees [doc. 85]

So ordered.

Dated at Hartford, Connecticut this /7 day of June 2004.

Robert N. Chatigny
United States District Judge