UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN 28 P 12: 40

U.S. DISTRICT COURT
HARTFORD, CT.

THE CONNECTICUT INDEMNITY CO.,
                -Plaintiff

    -v-                               CIVIL 3:01 CV 1410 (RNC)

FRANK PERROTTI, JR.,
                -Defendant

### ORDER

Motions for the award of attorney's fees are pending in this case in connection with defendant's failure to appear at a settlement conference June 3, 2004. It is axiomatic that a motion for an award of attorney's fees must be accompanied by an affidavit which sets forth under oath, among other things, the customary hourly rate that the moving attorney bills and the total number of hours expended on a matter.

While the papers of Mary E.R. Bartholic, Esquire, and Frank J. Liberty, Esquire, comply with this requirement, and substantiate the relatively modest amount these two seasoned practitioners claim (4.6 hours @ $240 per hr. = $1,104 for Ms. Bartholic; and 7.2

hours @ $200 per hr. = $1,440 for Mr. Liberty), the papers submitted by James W. Carbin, Esquire, in support of his application for an award of $4,308 fail to disclose the hourly rate he claims and the total number of hours for which an award is sought. These are indispensable ingredients in any fee application, especially one seeking such a substantial sum.

Accordingly, within twenty days hereof, Mr. Carbin shall submit a supplemental affidavit in support of his application identifying the total number of hours claimed and the hourly rate customarily billed. The papers of Ms. Bartholic and Mr. Liberty shall stand as received.

IT IS SO ORDERED at Hartford, Connecticut, this 28th day of June, 2004.

Thomas P. Smith
United States Magistrate Judge