UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL -1  P 3: 35

U.S. DISTRICT COURT
HARTFORD CT.

CONNECTICUT INDEMNITY COMPANY,
    Plaintiff,

V.

FRANK PERROTTI, JR., ET AL.,
    Defendants.

CASE NO. 3:01CV1410(RNC)

## ORDER

This action is ready for a bench trial. The trial is hereby scheduled to begin Monday, August 9, 2004, at 9 a.m. in Courtroom 3-Annex.

So ordered.

Dated at Hartford, Connecticut this 30 day of June 2004.

                                     Robert N. Chatigny
                               United States District Judge