Samuel B. Mayer, Esq. (CT14821)
46 Woodbury Avenue
Stamford, Connecticut 06907
(203) 324-0711

    -and-

James W. Carbin, Esq. (CT13762)
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Attorneys for Plaintiff,
The Connecticut Indemnity Company

FILED
2004 JUL -7 A 9: 15
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY,<br><br>                                 Plaintiff,<br><br>v.<br><br>FRANK PERROTTI, JR.,<br><br>                                 Defendant. | Index No. 301CV1410 (RNC)<br><br>**SUPPLEMENTAL DECLARATION OF JAMES W. CARBIN IN SUPPORT OF THE CONNECTICUT INDEMNITY COMPANY'S AND MARINE MGA'S MOTION FOR SANCTIONS AGAINST DEFENDANT FRANK PERROTTI, JR. FOR FAILURE TO APPEAR PER COURT ORDER** |

---

JAMES W. CARBIN being duly sworn, declares under penalty of perjury:

1. I am an attorney at law and a member of Duane Morris LLP, counsel for Plaintiff Connecticut indemnity Corporation ("CIC") in this action and for CIC and Marine MGA Inc. ("MGA") in the related action entitled Clean Waste, Inc. v CIC et al. pending before this Court.

2. This Declaration is offered in response to the Order of the Court dated 28th of June 2004 to identify my billing rate, and in opposition to the Affidavit submitted by Attorney Senning in opposition to the Motion.

3. The total fees and expenses incurred by Connecticut Indemnity and Marine MGA and my attendance at the hearing equals $4,308.00. Of that figure, $183.00 represents travel expense, and $4,125.00 represents legal fees. The legal fees are based upon incurring fifteen hours of time at my billing rate on this matter of

NWK\94002.1

$275.00 per hour. This is less than my standard rate. The fifteen hours were expended on the day before and the day of the hearing in preparing for the hearing, meeting with the clients in anticipation of the conference and traveling to and attending the conference.

4. I also respond to the Affidavits of Attorney Senning concerning his telephone conversation with me at about 11:30 a.m. the day of the conference. Contrary to Mr. Senning's statement, he did not advise it would take him 45 minutes to travel to the courthouse to join the conference but rather indicated it he believed the conference was set forth some latter date and that it would take him (1) one hour to arrive at the conference. Mr. Senning gave no indication that his client, who was also ordered to be in attendance, was ready to appear.

5. I make this Declaration under penalty of perjury of the law of the United States and any other applicable governing authority.

WHEREFORE, CIC and Marine MGA respectfully request that the Court award them the costs and fees incurred in having to prepare for and attend the Court ordered settlement conference that was frustrated by Defendant Perotti's and Clean Waste's non-appearance.

Dated:   June 2, 2004
         Newark, NJ

_____
James W. Carbin

NWK\94002.1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
    CT Indemnity Co                    :

    vs.                                  :Civil No. 3:01cv1410 (RNC)

    Perrotti                           :
:
---------------------------------------------------x

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>Supplemental Declaration</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ L.R.5(b)  ✔ No certificate of service attached to pleading
   _ Certificate of service fails to list names and addresses of all parties served
   _ Certificate of service is not signed

2. _ L.R.5(d)  Failure to submit document under seal

3. _ L.R.10  _ Failure to sign pleading (original signature)
   _ Failure to double space
   _ Margin is not free of printed matter
   _ Left hand margin is not one inch
   _ Judge's initials do not appear after the case number
   _ Docket number is missing
   _ Failure to supply federal bar number
   _ Holes not punched in document

4. _ L.R.68  Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)  Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ✔ Other  <u>Not accompanied by disk</u>

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date:_____

_____
United States District Judge

(Bpd)         *Please file as is.*

                                *[signature] 7/6/04*

rev. 1/1/03