Samuel B. Mayer, Esq. (CT14821)
46 Woodbury Avenue
Stamford, Connecticut 06907
(203) 324-0711

    -and-

James W. Carbin, Esq. (CT13762)
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000

Attorneys for Plaintiff,
The Connecticut Indemnity Company

FILED

2004 JUL 19 P 2: 26

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK PERROTTI, JR.,<br><br>    Defendant. | Index No. 301CV1410 (RNC)<br><br>**NOTICE OF MOTION** |

The Plaintiff The Connecticut Indemnity Company ("CIC"), by its attorneys Duane Morris LLP, hereby moves pursuant to Fed.R.Civ.Pro. 16(b) and Local Rule 7(b), requesting an adjournment of the trial schedule for this case on August 9, 2004.

In support of the Motion, it is submitted that good cause for the adjournment exists and counsel for CIC has made a good faith attempt to request the consent of opposing counsel, as set

NWK\94535.1

forth in the Declaration of James W. Carbin attached hereto.

**WHEREFORE**, CIC requests an adjournment of the trial scheduled for August 9, 2004 for another date after August 15, 2004 and, for such other relief the Court deems just and proper.

Dated: Newark, New Jersey
      July 16, 2004

By: _____
James W. Carbin (CT13762)
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Attorneys for Plaintiff,
The Connecticut Indemnity Company

## CERTIFICATION OF SERVICE

I, Michelle Roberts, hereby certify that a copy of the Notice of Motion and Declaration of James W. Carbin in support of CIC's request for an adjournment of the trial scheduled for August 9, 2004 on the following:

> John L. Senning, Esq.
> Senning & Rieder
> The Essex Law Group, LLC
> 16 Saybrook Road
> Essex, Connecticut 06426

Dated: July 16, 2004

*Michelle Roberts*
Michelle Roberts

NWK\94535.1