Samuel B. Mayer, Esq. (CT14821)
46 Woodbury Avenue
Stamford, Connecticut 06907
(203) 324-0711

-and-

James W. Carbin, Esq. (CT13762)
**DUANE MORRIS LLP**
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000

Attorneys for Plaintiff,
The Connecticut Indemnity Company

FILED

2004 JUL 19 P 2: 26

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FRANK PERROTTI, JR.,<br><br>　　　　　　　　　　Defendant. | Index No. 301CV1410 (RNC)<br><br>**DECLARATION OF<br>JAMES W. CARBIN IN SUPPORT<br>OF MOTION FOR ADJOURNMENT** |

　　　　**JAMES W. CARBIN** declares under penalty of perjury of the laws of the United States of America that:

　　　　1.　　I am a member of Duane Morris LLP, counsel for Plaintiff The Connecticut Indemnity Company ("CIC") herein and am a member in good standing of the Bar of this Court.

　　　　2.　　This Declaration is submitted in support of CIC's motion for an adjournment of the scheduled trial date of August 9, 2004 to a future date.

NWK\94523.1

3. I have conferred with counsel for Defendant who has indicated both agreement with the request and that Defendant will be making separate application for an adjournment to permit a mediation toward settlement of this and the related action <u>Clean Waste, Inc. v. Connecticut Indemnity Company, et al</u>, to proceed.

4. Counsel for the broker BDD has also expressed a continued desire to participate in a mediation.

5. This is the first request for adjournment of a trial date herein.

6. Plaintiff CIC requests an adjournment because one of its primary witnesses, Donald R. Roberts, has a prearranged trip out of the country to attend his son's wedding in Finland when the trial is scheduled. Mr. Roberts has prepaid non-refundable tickets and boarding arrangements that would be lost to him in the event he was required to attend the trial.

7. Mr. Roberts plans to travel to Finland to attend his son's wedding to a Finnish citizen were made quite some time ago. He is scheduled to be in Finland from August 1, 2004 to August 15, 2004. It would be a undue economic hardship and serious personal disappointment to Mr. Roberts to have to cancel his plans to attend his son's wedding.

8. Mr. Roberts is an important witness to CIC's case since he was the person primarily and directly responsible for handling the claim presented by Mr. Perrotti under the policy of insurance which is the subject of this suit.

9. We note that the trial will be conducted to the bench and is not expected to be lengthy in duration, and trust it would not be unduly inconvenient for the Court to accommodate Mr. Roberts' prescheduled plans.

10. Further, we note that the parties, including the brokers named as defendants in the related action <u>Clean Waste Inc. v. The Connecticut Indemnity Company, et al</u>, had agreed to

NWK\94523.1

participate in a settlement mediation. The mediation did not go forward due to plaintiffs failure to appear due to a reported lack of notice. Counsel for Defendant Perotti has indicated a desire to reschedule the mediation.. I believe based upon prior conversations that the other parties remain similarly interested in a settlement mediation and anticipated that Magistrate Judge Smith would reschedule the session toward that end prior to the matter being marked for trial.

**WHEREFORE**, The Connecticut Indemnity Company respectfully request the Court to adjourn the scheduled trial date of August 9, 2004 to another date following Mr. Roberts' return and/or following a mediation conference.

I Declare this Statement to be true under penalty of perjury.

*James W. Carbin*

Dated: Newark, New Jersey
July 16, 2004

NWK\94523.1