Samuel B. Mayer, Esq. (CT14821)
46 Woodbury Avenue
Stamford, Connecticut 06907
(203) 324-0711

    -and-

James W. Carbin, Esq. (CT13762)
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000

Attorneys for Plaintiff,
The Connecticut Indemnity Company

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | Index No. 301CV1410 (RNC) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION** |
| FRANK PERROTTI, JR., | |
| Defendant. | |

---

July 20, 2004.   <u>The Connecticut Indemnity Co. v. Frank Perrotti, Jr.</u>
                   3:01CV1410 (RNC)

Re:   Motion to Continue [doc. 95]

Denied. The case is three years old. The court has set aside time to try the case. No time will be available to try the case later this year due to trial commitments. Mr. Roberts need not attend the bench trial. His testimony can be presented by videotape. If the parties want a settlement conference before the trial, they should contact Magistrate Judge Smith. So ordered.

                                                    Robert N. Chatigny, U.S.D.J.