UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 21  P 2:25

U.S. DISTRICT COURT
HARTFORD, CT.

CONNECTICUT INDEMNITY COMPANY,

    Plaintiff,

V.      CASE NO. 3:01CV1410 (RNC)

FRANK PERROTTI, JR., ET AL.,

    Defendants.

## ORDER

1. The bench trial in this action scheduled to begin Monday, August 9, 2004, at 9 a.m. in Courtroom 3-Annex.

2. On or before **August 2, 2004**, the parties will jointly prepare and file for approval by the Court a joint trial memorandum. The memorandum will be in the form prescribed for nonjury cases by the District Court's Standing Order Regarding Trial Memoranda in Civil Cases (see Local Rules of Civil Procedure), with the following modifications:

    a. <u>Witnesses</u>: Set forth the name and address of each witness to be called at trial. Provide a summary of the anticipated testimony of each witness and an estimate of the probable duration of his or her testimony (e.g. less than one hour, two to three hours, one full day). In addition, for each expert witness, set forth the opinion to be expressed, a brief summary of the basis of the opinion and a list of the materials on which the witness intends to rely. If a party objects to all or any part of the anticipated testimony of any witness, lay or expert, the objection must be stated in this section of the joint memorandum so that the objection can be resolved prior to trial.

   b.   <u>Exhibits</u>: The parties will prepare the list of exhibits required by the Standing Order. The list must specifically identify each exhibit by providing a brief description of the exhibit. The exhibits will be listed in numerical order starting with Plaintiff's Exhibit 1 and Defendant's Exhibit 1. If a party has an objection with regard to a designated exhibit, the objection must be stated in this section of the joint memorandum or it will be waived. Each party will prepare an original set of exhibits, plus a duplicate copy for the Court and every other party, marked with exhibit tags provided by the Clerk. The duplicate sets of exhibits must be submitted to the Court not later than the final pretrial conference. Counsel will retain the original set of exhibits and introduce them during the course of the trial.

   c.   <u>Trial Briefs</u>: The parties will submit trial briefs addressing any legal issues that need to be resolved, including any anticipated evidentiary problems.

So ordered.

Dated at Hartford, Connecticut this 21 day of July 2004.

                              _____
                              Robert N. Chatigny
                              United States District Judge