UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | Case No. 3:01CV1410 (RNC) |
| Plaintiff, | |
| v. | |
| FRANK PERROTTI, JR., | July 20, 2004 |
| Defendant. | |

**MOTION FOR CONTINUANCE OF TRIAL DATE,
EXTENSION OF TIME TO FILE PRETRIAL MEMORANDUM AND
SCHEDULING OF MEDIATION**

The Defendant Frank Perrotti, Jr. ("Perrotti") by his attorneys Senning & Rieder, hereby moves pursuant to Federal Rules of Civil Procedure 16(b) and Local Rule 7(b) for a continuance of the trial date scheduled for this case on August 9, 2004, an extension of time in which to file a Joint Pretrial Memorandum and the scheduling of a joint mediation proceeding involving the parties in this case and the parties in the related case *Clean Waste, Inc. v. The Connecticut Indemnity Company*, Case No. 3:02 CV 2105 (RNC).

July 22, 2004.    The Connecticut Indemnity Co. v. Frank Perrotti, Jr.
                  Case No. 3:01CV1410 (RNC)

Re   Motion to Continue [doc. 99]

Denied. The case is three years old. The court has set aside time to try the case. No time will be available to try the case later this year due to jury trial commitments. By order issued July 21, 2004, the joint trial memorandum is due August 2, 2004. If the parties want a settlement conference before the trial, they should contact Magistrate Judge Smith. So ordered.

Robert N. Chatigny, U.S.D.J.