UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

The Connecticut Indemnity Company

        V         CIVIL NO. 3:01cv1410 (RNC)

Frank Perrotti, Jr.


NOTICE OF MANUALLY FILING


Exhibits A and B (Hardcopy)