FILED

2004 AUG -9  A 10: 52

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, <br>              Plaintiff, <br><br> V. <br><br> FRANK PERROTTI, JR., <br>              Defendant | CIVIL ACTION NO. 301CV1410(RNC) <br><br> **APPEARANCE** |

Clerk:

Please enter the appearance of a RICHARD E. RIEDER of Senning & Rieder in the above-captioned matter as counsel for the Defendant, FRANK PERROTTI, JR.

*[signature]*

Richard E. Rieder, Esq. of
Senning & Rieder
16 Saybrook Road
Essex, CT 06426
Tel.: (860) 767-2610
Federal Bar # CT05846
--It's Attorneys--

Dated: August 6, 2004

## CERTIFICATION

This is to certify that on August 6, 2004, a copy of the foregoing was telefaxed and mailed via first class mail, postage prepaid, to:

James W. Carbin, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102

Richard E. Rieder