# United States District Court

DISTRICT OF _____

**EXHIBIT AND WITNESS LIST** — Deft

The CT Indemnity Co
v.
Frank Perrotti JR

CASE NUMBER: 3:01CV1410-RNC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| RNC | James Carbin | John Senning |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 8/9, 8/10 | Darlene Warner | F Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 8/10/04 | | | William Taylor - Sworn |
| | | | | | Direct by John Senning |
| | ✓ | 8/10/04 | ✓ | ✓ | Deft exhibit 3 - Vessel Survey |
| | ✓ | " | ✓ | ✓ | Deft exhibit 1 - Taylor letter |
| | ✓ | " | ✓ | ✓ | Deft exhibit 2 - Taylor Letter |
| | | | | | Deft. exhibits 1-8 admitted in Full |
| | ✓ | 8/10/04 | | | Cross of Taylor by James Carbin |
| | ✓ | 8/10/04 | | | Frank Perrotti JR - Sworn |
| | | | | | Direct by John Senning |
| | | | | | Cross of Perrotti by John Carbin |
| | | | | | Re-Direct by John Senning |
| | | | | | Deft Rest |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | : | CASE NO.: 301 CV 1410 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| FRANK PERROTTI, JR., | : | |
| Defendant. | : | AUGUST 9, 2004 |

## DEFENDANT PERROTTI'S EXHIBITS

1. Telefax Memo from Bill Taylor to Jay Lorinsky dated 9/23/99   Full 8/10
   Bates No. MGA 00057

2. Telefax Memo from Bill Taylor to Jay Lorinsky undated   Full 8/10
   Bates No. 00058

3. Vessel Survey by Joseph Lombardi dated September 14-21   Full 8/10
   Bates No. MGA 00059-0060
   Bates No. MGA 00028-00056

4. Hackercraft Bill of Sale   Full 8/10
   Bates No. CIC-0024

5. Hackercraft First Assignment October, 2000   Full 8/10
   Bates No. MGA 00080

6. Memo from John Sterling of Marine MGA to Scott Haney at BDD   Full 8/10
   RE: Navigational limits and adding Hackercraft to coverage dated 12/21/00
   Bates No. BDD 0014

7. Letter from Scott Haney of Bruen Deldin & DiDio to John Sterling of Marine MGA RE: Hackercraft and navigational limits   Full 8/10
   Bates No. BDD-0013

8. Letter to James Carbin, Esq., counsel for CIC et al dated November 8, 2002 from John L. Senning, Esq. on behalf of Frank Perrotti Jr. requesting the providing of defense to the Fourie Florida litigation   Full 8/10

9. Copies of invoices pertaining to the defense of the Florida Fourie action

10. Copies of invoices from Senning & Rieder pertaining to the defense of the CIC Declaratory Judgment Action and the action against CIC, et al for wrongful rescission, etc.

11. Copies of invoices from Robinson & Cole pertaining to the defense of the Florida Fourie action.

## SENNING & RIEDER
## THE ESSEX LAW GROUP
16 Saybrook Road
Essex, Connecticut 06426
860-767-2618
email - jlssealaw@aol.com

DATE: August 10, 2004

### PLEASE DELIVER THE FOLLOWING TO:

**NAME:** Fidelis

**C/O:** Chambers of The Honorable Chatigny

**NUMBER:** 860-240-3211

**RE:** Case No. 301CV1410 (RNC)
The Connecticut Indemnity Company vs. Frank Perrotti, Jr.

**FROM:** JOHN L. SENNING
SENNING & RIEDER
FAX: (860) 767-2740
PHONE: (860) 767-2618

THIS TRANSMISSION CONSISTS OF __3__ PAGES INCLUDING THIS COVER SHEET. IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL KATHIE AT (860) 767-2618. THANK YOU.

There follows herewith our Exhibit List as requested.

Please note: The information contained in this facsimile and any attachments hereto is intended only for the personal and confidential use of the designated recipients named herein. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader/recipient of this message is not the intended recipient, or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this facsimile and all attachments hereto in error and that any review, dissemination, distribution or copying of this facsimile or any of its attachments is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy the original message received. Thank you.