AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

The CT Indemnity Co
v.
Frank Perrotti JR

CASE NUMBER: 3:01 CV 1410-RNC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| RNC | Carbin, James | John Senning |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 8/9, 8/10 | Darlene Warner | F Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/9/04 | | | Donald Robert - Via Video |
| | | | | | Pla exhibits 1-8 and 10-31 Admitted in Full |
| ✓ | | 8/9/04 | | | Jay Lorinsky - Sworn |
| | | " | | | Direct by James Carbin |
| | | " | | | Cross by John Senning |
| ✓ | | 8/9/04 | | | Scott Hainey - sworn |
| | | " | | | Direct by James Carbin |
| | | " | | | Cross by John Senning |
| | | " | | | Re-direct by James Carbin |
| | | " | | | Cross by John Senning |
| ✓ | | 8/9/04 | | | John Sterling - sworn |
| | | " | | | Direct by James Carbin |
| | | " | | | Cross by John Senning |
| | | 5:00pm | | | Adjourned - Ct will resume 8/10/04 - 9am |
| | | 8/10/04 | | | Ct Resumes trial |
| | | | | | John Sterling - Redirect by Carbin |
| | | | | | Cross by John Senning |
| | | 8/10/04 | | | Pla Rest |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

# PLAINTIFF CONNECTICUT INDEMNITY COMPANY
# EXHIBIT INDEX

1. ✓ CIC-Marine MGA Agreement – Roberts/Sterling — Full 8/9/04

2. ✓ Yacht Policy — Full – 8/9/04

3. ✓ Check Settlement of Propeller Claim dated April 9, 2001 — Full – 8/9/04

4. ✓ First Notice of Fourie Claim dated May 30, 2001 — Full – 8/9/04

5. ✓ Facsimile to Investigator regarding Fourie Claim dated May 31, 2001 — Full – 8/9/04

6. ✓ Investigation Report regarding Fourie Claim dated June 13, 2001 — Full – 8/9/04

7. ✓ Rescission Letter dated July 23, 2001 — Full – 8/9/04

8. ✓ Clean Waste v CIC Complaint dated November 1, 2002 — Full – 8/9/04

9. Fourie v. Clean Waste Complaint

10. ✓ Bruen Deldin DiDio Letter to Marine MGA dated October 18, 2000 (Sterling Exhibit #9) — Full 8/9

11. ✓ Hacker Boat Company Assignment with Notes (Sterling Exhibit #16) Full 8/9

12. ✓ Yacht Application (Sterling Exhibit #1) Full 8/9

13. ✓ Yacht Application (Perrotti Exhibit #13, four (4) pages) Full 8/9

14. ✓ Certificate of British Registry (Perrotti Exhibit #1) Full 8/9

15. ✓ Vessel Bill of Sale dated October 5, 1999 (Sterling Exhibit #8) Full 8/9

16. ✓ John Sterling Letter dated December 15, 1999 (Sterling Exhibit #6) Full 8/9

17. ✓ Yacht Purchase and Sale Agreement dated September 7, 1999 (Sterling Exhibit #5) Full 8/9

18. ✓ Insurance Binder with Liberty Mutual dated October 5, 1999 (Sterling Exhibit #10 and Lorinsky Exhibit #7) Full 8/9

19. ✓ First Nations Financial Services, Inc. Facsimile dated November 27, 2001 and enclosures for Clean Waste, Inc. (Sterling Exhibit 11) Full 8/9

20. ✓ Clean Waste, Inc. Letter dated April 19, 2000 (Perrotti Exhibit #3) Full 8/9

NWK\95445.1

21. ✔ Helmsman Facsimile dated October 15, 1999, enclosing Binder for $27,960 Premium Port Risk for Clean Waste, Inc.(Lorinsky Exhibit #8) —Full 8/9

22. ✔ Dunlap CT Facsimile to First Nations dated October 26, 1999, Premium Invoice for CIC Policy of $19,788 (Lorinsky Exhibit #11) - Full 8/9

23. ✔ First Nations Facsimile to Liberty Mutual dated November 3, 1999 (Lorinsky Exhibit #12) Full 8/9

24. ✔ Liberty Mutual Facsimile to First Nations dated November 8, 1999 (Lorinsky Exhibit #13) Full 8/9

25. ✔ First Nations Facsimile to Dunlap dated December 7, 1999, with signed Application (Lorinsky Exhibit #18) Full 8/9

26. ✔ First Nations Facsimile to Dunlap dated October 6, 1999, enclosing CIGNA Insurance quotes (Lorinsky Exhibit #19) Full 8/9

27. ✔ Helmsman Insurance Binder to Clean Waste, Inc. with CIGNA (Lorinsky Exhibit #20) Full 8/9

28. ✔ Helmsman Insurance Invoice for CIGNA coverage for $27,960 dated October 15, 1999 (Lorinsky Exhibit #21) Full 8/9

29. ✔ John Sterling Facsimile to Dunlap dated October 26, 1999, confirming coverage bound based on Application (Hainey Exhibit #9) Full 8/9

30. ✔ Renewal Endorsement dated August 24, 2000 (Hainey Exhibit #14) Full 8/9

31. ✔ Yacht Application (Hainey Exhibit #20-[first signature]) Full 8/9

Yacht Policy dated December 14, 1999

Donald R. Robert Video Deposition Transcript dated July 29, 2004

Ray Henault Video Deposition Transcript dated July 29, 2004