UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


**THE CONNECTICUT INDEMNITY CO.,**
                -Plaintiff


          -v-                                   Civil  3:01 CV 1410 (RNC)


**FRANK PERROTTI, JR., et. al.**
                -Defendants


<u>ORDER</u>

    Motions for attorneys' fees and sanctions have been made in connection with the defendants' failure to appear at a settlement conference that had been scheduled for June 3, 2004. Those motions have been accompanied by memoranda and affidavits. The non-appearing defendants and their attorney have filed papers in opposition to the pending motions. The non-appearing defendants and/or their attorney are hereby **ORDERED** to inform the undersigned in writing within 10 days hereof whether or not they desire oral argument or an evidentiary hearing on these motions, or whether they want the undersigned to determine these motions on the papers.

    IT IS SO ORDERED at Hartford, Connecticut, this ____ day of October, 2004.

                                              _____
                                              **Thomas P. Smith**
                                              **United States Magistrate Judge**