## SENNING & RIEDER
### THE ESSEX LAW GROUP, LLC

JOHN L. SENNING*, P.C.

* ALSO ADMITTED IN
NEW YORK AND MAINE

WUD TELEX: 99225
ANSWER: AQUABAR
CABLE: SEA LAW

16 SAYBROOK ROAD
ESSEX, CONNECTICUT 06426
(860) 767-2618
FAX: (860) 767-2740
EMAIL: jlssealaw@aol.com

FILED
2004 OCT 13 P 3: 04

AFFILIATED OFFICES:
NEW BRITAIN, CT
NEW YORK, NY
LONDON, UK
TORTOLA, BVI

October 12, 2004

Honorable Thomas P. Smith
United States Magistrate Judge
United States District Court
450 Main Street
Hartford, CT  06103

Re:  The Connecticut Indemnity Co. v.
     Frank Perrotti, Jr.
     Civil Action No. 301CV1410(RNC)

Dear Judge Smith:

This will serve to acknowledge receipt of your Order dated October 5, 2004 regarding the above referenced action and the status of Motions for Attorney's Fees and Sanctions now pending before you. In accordance with your Order, this is to inform you that while the non-appearing defendants and their undersigned attorney do not wish to cause the Court or other counsel to have to spend more time on this matter, given the seriousness of this matter and the collective amount of attorneys' fees sought in the motions, it is requested that at least an opportunity for oral argument be provided in order to, inter alia, reiterate and emphasize the fact that the failure to appear at the settlement conference was solely due to the absence of notice of same and of which the undersigned defendant's attorney was totally unaware. In order to reduce the time and attention required of other counsel and the Court as well as to reduce the use of the Court's resources, perhaps your Honor would permit oral argument to be presented in a hearing by telephone conference call in lieu of court appearances.

As the trial on the merits of this case has been completed for some time and no settlement was ever able to be reached after a number of hours of negotiation between the parties, the defendants and their counsel respectfully do not wish to burden the Court, your Honor or other

SENNING & RIEDER

counsel with the need to incur additional time or travel expense in connection with this aspect of the case.

              Respectfully submitted,

              */s/ John L. Senning*
              John L. Senning, Esq.
              Attorney for Frank Perrotti, Jr. and
              Clean Waste, Inc.

cc:
Mary E.R. Bartholic, Esq.
James W. Carbin, Esq.
Frank Liberty, Esq.