UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT INDEMNITY COMPANY | : : : | |
| Vs. | : : | CASE NO. 3:01CV01410(RNC) |
| FRANK PERROTTI, JR. | : | |

## JUDGMENT

This matter came on for trial before the court, the Honorable Robert N. Chatigny, United States District Judge, presiding; and

The issues having been tried, and the Court, having considered the full record of the case, including applicable principles of law, and, on September 30, 2005, having filed a ruling and order; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for the defendant dismissing plaintiff's complaint with prejudice and awarding damages to the defendant in the amount of $352,135.58.

Dated at Hartford, Connecticut, this 5th day of October, 2005.

KEVIN F. ROWE, Clerk

EOD: _____     By    /s/    _____
                                Jo-Ann Walker
                                Deputy Clerk_____