UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | : | CASE NO.: 3:01 CV 1410 (RNC) |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | |
| | : | |
| FRANK PERROTTI, JR., | | |
| | : | OCTOBER 14, 2005 |
| Defendant. | | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant, Frank Perrotti, Jr. in the above-captioned action, by his attorney, John L. Senning of Senning & Rieder, hereby moves this Honorable Court for an extension of time in which to file a motion for the award of attorneys' fees and costs based on the fees and costs incurred in this action, as well as the costs and fees of Robinson & Cole LLP incurred in the defense of the Florida action entitled *Johan Fourie v. Clean Waste, Inc. and Frank Perrotti, Jr.*, Docket No.: Civ. 01.7735.  It is hereby respectfully requested that an extension of time be granted until and including November 7, 2005.

The reason for this request is that the Ruling and Order dated September 30, 2005 was first received by our office on October 4, 2005.  Due to a heavy litigation schedule, and previously planned business trips scheduled throughout October, Defendant's counsel will need additional time to properly prepare, research, and submit the Defendant's motion for and brief in

support of an award of attorney's fees and costs. A good faith effort has been made to determine whether the Plaintiff's counsel has any objection to this motion; however, no reply was made to Defendant's counsel's two email communications to Plaintiff's counsel requesting such advices.

    It is therefore respectfully requested that this Court extend the deadline for submission of the motion for an award of attorneys' fees and costs and supporting brief until and including November 7, 2005.

                  **DEFENDANT,**
                    **FRANK PERROTTI, JR.**

By: _____
    John L. Senning
    Senning & Rieder
    The Essex Law Group
    16 Saybrook Road
    Essex, Connecticut  06426
    Tele: 860.767.2618
    Fax:  860.767.2618
    jlssealaw@aol.com

## **CERTIFICATION**

      This is to certify that on October __, 2005, a copy of the foregoing was transmitted electronically and mailed, postage prepaid, to James W. Carbin, Esq., Duane Morris LLP, 744 Broad Street, Suite 1200, Newark, New Jersey 07102.

                                                                 _____
                                                                 John L. Senning