*123*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CONNECTICUT INDEMNITY
COMPANY,                                :    CASE NO.: 3:01 CV 1410 (RNC)

      Plaintiff,                       :

v.                                      :

FRANK PERROTTI, JR.,                    :

      Defendant.                       :    OCTOBER 14, 2005

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

     Defendant, Frank Perrotti, Jr. in the above-captioned action, by his attorney, John L. Senning of Senning & Rieder, hereby moves this Honorable Court for an extension of time in which to file a motion for the award of attorneys' fees and costs based on the fees and costs incurred in this action, as well as the costs and fees of Robinson & Cole LLP incurred in the defense of the Florida action entitled *Johan Fourie v. Clean Waste, Inc. and Frank Perrotti, Jr.,* Docket No.: Civ. 01.7735. It is hereby respectfully requested that an extension of time be granted until and including November 7, 2005.

     The reason for this request is that the Ruling and Order dated September 30, 2005 was first received by our office on October 4, 2005. Due to a heavy litigation schedule, and previously planned business trips scheduled throughout October, Defendant's counsel will need additional time to properly prepare, research, and submit the Defendant's motion for and brief in support of an award of attorney's fees and costs. A good faith effort has been made to determine

*October 19, 2005. Granted. So ordered.*

*Robert N. Chatigny, U.S.D.J.*