STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | : | CASE NO.: 301 CV 1410 (RNC) |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | |
| | : | |
| FRANK PERROTTI, JR., | | |
| | : | NOVEMBER 7, 2005 |
| Defendant. | | |

## DEFENDANT'S MOTION FOR ATTORNEYS' FEES

Defendant, Frank Perrotti, Jr. ("Perrotti") in the above-captioned action, by his attorney,

John L. Senning, hereby moves this Honorable Court for an award of attorneys' fees and costs

based on the fees and costs incurred in this action, as well as the costs and fees of Robinson &

Cole LLP incurred in the defense of the Florida action entitled *Johan Fourie v. Clean Waste, Inc.*

*and Frank Perrotti, Jr.*, Docket No.: Civ. 01.7735, since Connecticut law governs and

Connecticut case law supports the awarding of fees in the circumstances.  The affidavits of John

L. Senning and Gregory J. Ligelis, along with a Memorandum of Law are submitted in support

of this motion.

It is therefore respectfully requested that this Court award attorneys' fees and costs to

Defendant, Perrotti.

**DEFENDANT,**
**FRANK PERROTTI, JR.**

By: _____

John L. Senning, Esq.
The Essex Law Group
16 Saybrook Road
Essex, Connecticut  06426
Tele: 860.767.2618
Fax:  860.767.2740
jlssealaw@aol.com

2

3

## CERTIFICATION

This is to certify that on November 7, 2005, a copy of the foregoing was mailed,

postage prepaid, to James W. Carbin, Esq., Duane Morris LLP, 744 Broad Street, Suite

1200, Newark, New Jersey 07102.

John L. Senning

3