# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN CT 06518

January 7, 2003
R&C Invoice 47396395
Page 1

File # 20748.0017
Defend Maritime Personal Injury Matter

For services through December 31, 2002

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 11/05/02 | G. J. Ligelis | Review deposition transcript of F. Perrotti's testimony; various communications with Holland & Knight re settlement. | 1.2 | 340.00 | 408.00 |
| 11/27/02 | G. J. Ligelis | Review suit against broker and insurance company; review correspondence from Holland & Knight. | 2.1 | 340.00 | 714.00 |
| 12/03/02 | G. J. Ligelis | Review J. Fourie motion to amend complaint and seek punitive damages; review letter from Holland & Knight; letter to F. Perrotti. | 1.1 | 340.00 | 374.00 |
| 12/04/02 | G. J. Ligelis | Review letter from J. Senning re settlement. | 0.2 | 340.00 | 68.00 |
| 12/06/02 | G. J. Ligelis | REDACTED | 0.3 | 340.00 | 102.00 |
| 12/17/02 | G. J. Ligelis | REDACTED review invoices; letter to F. Perrotti; ´ | 1.4 | 340.00 | 476.00 |
| 12/18/02 | G. J. Ligelis | Review letter from J. Senning; forward motion to consolidate to same. | 0.5 | 340.00 | 170.00 |
| 12/18/02 | P. Romanello | REDACTED | 1.0 | 145.00 | 145.00 |
| 12/19/02 | G. J. Ligelis | Review letters from J. Senning and Holland & Knight. | 1.1 | 340.00 | 374.00 |
| 12/23/02 | D. T. Ryan | Conference Atty Ligelis re case background; damage claims and injuries; settlement demand; trial date and potential verdict range; receipt and review of several e-mails and receipt of fax from Atty Ligelis with attachments re injuries and related matters. | 0.9 | 400.00 | 360.00 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN  CT  06518

January 7, 2003
R&C Invoice 47396395
Page 2

File #  20748.0017
Defend Maritime Personal Injury Matter

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 12/23/02 | L. P. Coassin | Various telephone conferences re settlement of Flouri litigation. | 2.2 | 400.00 | 880.00 |
| 12/23/02 | G. J. Ligelis | Telephone conference D. Ryan; review correspondence from Holland & Knight; telephone conference N. Butler re call; telephone conference L. Coassin; various conferences with Holland & Knight. | 2.6 | 340.00 | 884.00 |
| 12/27/02 | G. J. Ligelis | Review various emails from Holland & Knight re payment of outstanding fees. | 0.4 | 340.00 | 136.00 |
| 12/27/02 | P. Romanello | Telephone conference client's office re Holland and Knight payment. | 0.1 | 145.00 | 14.50 |
| 12/28/02 | D. Bucci | Research Marine insurance issue. | 0.8 | 170.00 | 136.00 |
| 12/29/02 | D. Bucci | Research. | 1.0 | 170.00 | 170.00 |
| 12/30/02 | G. J. Ligelis | Review correspondence from Holland & Knight; review file. | 0.6 | 340.00 | 204.00 |
| 12/31/02 | G. J. Ligelis | Monitor settlement negotiations; prepare settlement proposal; review file. | 1.2 | 340.00 | 408.00 |
| 12/31/02 | D. Bucci | Attention to memo. | 0.5 | 170.00 | 85.00 |

Fees for legal services............................................................................................ $6,108.50

Less courtesy adjustment -3,000.50

------------------

Fees for legal services less adjustments .................................................................. $3,108.00

# ROBINSON & COLE LLP

FRANK PERROTTI JR                                              January 7, 2003
305 SPRUCE BANK                                          R&C Invoice 47396395
HAMDEN  CT  06518                                                      Page 3

File #  20748.0017
Defend Maritime Personal Injury Matter

Costs and disbursements

| | | |
|---|---|---|
| 12/26/02 | MARSHALL - MISC: SERVICE OF PROCESS INC 11/15/02inv 52280 | 70.00 |
| | Service of Subpoena Bernard Charon | |
| 12/26/02 | MARSHALL - MISC: SERVICE OF PROCESS INC 11/1/02 inv 52275 | 80.00 |
| | Service of Subpoena Elmer Morley | |
| | Total costs and disbursements................................................................. | $150.00 |

**Matter Summary for File 20748.0017**
Defend Maritime Personal Injury Matter

| | |
|---|---|
| Fees for legal services | $6,108.50 |
| Credits and adjustments | -3,000.50 |
| Fee balance after adjustments | 3,108.00 |
| Costs and disbursements | 150.00 |
| | ---------------------- |
| **Total current billing for this matter** | **$3,258.00** |
| Less redacted fees | 723.00 |
| Net | $ 2,535.00 |

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN CT 06518

August 16, 2002
R&C Invoice 47381657
Page 1

File # 20748.0017
Defend Maritime Personal Injury Matter

For services through July 31, 2002

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 07/15/02 | G. J. Ligelis | Telephone conference J. Senning re status; review file. | 0.2 | 340.00 | 68.00 |
| 07/16/02 | G. J. Ligelis | Letter to M. Moore re status report; telephone conference J. Senning. | 0.3 | 340.00 | 102.00 |
| 07/18/02 | G. J. Ligelis | Review motion to compel re Sterling Navigation. | 1.0 | 340.00 | 340.00 |
| 07/22/02 | G. J. Ligelis | | 1.0 | 340.00 | 340.00 |

REDACTED

Fees for legal services............................................................................ $850.00

Costs and disbursements

| 07/09/02 | GREGORY J LIGELIS: 6/25/02 Mileage Hartford-Hamden(RT)(40)re meeting w/client | 14.60 |
|---|---|---|

Total costs and disbursements................................................................. $14.60

**Matter Summary for File 20748.0017**
Defend Maritime Personal Injury Matter

| | |
|---|---|
| Fees for legal services | $850.00 |
| Costs and disbursements | 14.60 |
| **Total current billing for this matter** | **$864.60** |
| Less redacted fees | 340.00 |
| Net | $ 524.60 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN CT 06518

November 12, 2002
R&C Invoice 47390078
Page 4

File # 20748.0017
Defend Maritime Personal Injury Matter

**Matter Summary for File 20748.0017**
Defend Maritime Personal Injury Matter

| | |
|---|---|
| Fees for legal services | $13,656.50 |
| Costs and disbursements | 52.42 |
| | ----------------------- |
| **Total current billing for this matter** | **$13,708.92** |
| Less redacted fees | 2,040.00 |
| Net | $11,668.92 |

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT  06518

June 3, 2002
R&C Invoice 47373137
Page 1

File #  20748.0017                                    For services through April 30, 2002
Defend Maritime Personal Injury Matter

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 01/02/02 | G. J. Ligelis | Telephone conference A. Vitale re status of litigation and litigation strategies; telephone conference L. Forsberg re same; telephone conferences J. Senning re same; telephone conference B. Taylor re same. | 1.4 | 340.00 | 476.00 |
| 01/02/02 | P. Romanello | Investigation re documents required to show proof of ownership of vessel. | 0.7 | 145.00 | 101.50 |
| 01/03/02 | G. J. Ligelis | Telephone conference J. Senning re amended complaint. | 0.5 | 340.00 | 170.00 |
| 01/03/02 | B. R. Smith | Discussion with L. Coassin concerning Perrotti's interest in Somersville parcel and status of construction of DOT bridge on Maple Street; telephone conference L. Brophy re request to review DOT and DEP status of state projects. | 0.0 | 0.00 | 0.00 |
| 01/04/02 | G. J. Ligelis | Telephone conference J. Senning re status of litigation with insurance company and broker; review amended complaint; telephone conference Florida counsel. | 2.0 | 340.00 | 680.00 |
| 01/07/02 | G. J. Ligelis | Review A. Vitale correspondence; telephone conference J. Senning. | 0.5 | 340.00 | 170.00 |
| 01/09/02 | G. J. Ligelis | Prepare reference letter to Close Brothers (Cayman), Ltd. re Clean Waste, Inc.; review insurance application re Fourie; letter to J. Senning re Fourie. | 1.0 | 340.00 | 340.00 |
| 01/10/02 | P. Romanello | Telephone conference N. Gray re: vessel ownership. | 0.1 | 145.00 | 14.50 |
| 01/11/02 | G. J. Ligelis | Review draft answer. | 1.0 | 340.00 | 340.00 |
| 01/11/02 | P. Romanello | Forward R. Vitale proof of Clean Water ownership of vessel. | 0.2 | 145.00 | 29.00 |
| 01/15/02 | G. J. Ligelis | Review draft answer; review documents received from B. Taylor; letter to A. Vitale re check. | 2.0 | 340.00 | 680.00 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR                                                    June 3, 2002
305 SPRUCE BANK                                          R&C Invoice 47373137
HAMDEN, CT  06518                                                        Page 2

File #  20748.0017
Defend Maritime Personal Injury Matter

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 01/16/02 | G. J. Ligelis | Review invoices, employment contract, and log entries provided by B. Taylor | 1.0 | 340.00 | 340.00 |
| 01/18/02 | P. Romanello | Letter to client re invoice. | 0.2 | 145.00 | 29.00 |
| 01/22/02 | G. J. Ligelis | Review answer and affirmation and defenses; letter to A. Vitale re medical records; prepare authorization form. | 1.0 | 340.00 | 340.00 |
| 01/22/02 | P. Romanello | Research re medical authorizations. | 0.3 | 145.00 | 43.50 |
| 01/23/02 | G. J. Ligelis | Telephone conference B. Taylor re suit by steward and chef; discussions of Fourie case; review file. | 1.0 | 340.00 | 340.00 |
| 01/24/02 | G. J. Ligelis | Telephone conference A. Vitale re litigation strategy; review J. Senning letter; draft response. | 1.0 | 340.00 | 340.00 |
| 01/28/02 | G. J. Ligelis | Prepare draft to letter to F. Perrotti's underwriters; letter to F. Perrotti re same. | 1.2 | 340.00 | 408.00 |
| 01/28/02 | L. P. Coassin | Review yacht litigation issues. | 0.3 | 400.00 | 120.00 |
| 01/29/02 | G. J. Ligelis | Review pleadings; telephone conference J. Senning re interview of B. Taylor and status of litigation; review J. Senning letter; review subpoena; review letter to insurance company; letter to F. Perrotti. | 2.5 | 340.00 | 850.00 |
| 01/31/02 | G. J. Ligelis | Review scheduling order; telephone conference J. Senning; telephone conference B. Taylor; review documents. | 1.0 | 340.00 | 340.00 |
| 02/01/02 | G. J. Ligelis | Review discovery materials; telephone conference A. Vatale counsel; telephone conference B. Taylor. | 1.0 | 340.00 | 340.00 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT 06518

June 3, 2002
R&C Invoice 47373137
Page 3

File # 20748.0017
Defend Maritime Personal Injury Matter

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/01/02 | L. P. Coassin | Telephone conferences Attys. Senning and Vitale. | 0.6 | 400.00 | 240.00 |
| 02/04/02 | G. J. Ligelis | Telephone conference B. Taylor re preparation for deposition; review file. | 0.5 | 340.00 | 170.00 |
| 02/04/02 | L. P. Coassin | Office conferences re yacht litigation issues. | 0.4 | 400.00 | 160.00 |
| 02/11/02 | G. J. Ligelis | Telephone conference J. Senning re meeting with B. Taylor; telephone conference B. Taylor re same and deposition. | 0.5 | 340.00 | 170.00 |
| 02/11/02 | L. P. Coassin | Office conference re yacht litigation status; telephone conference Atty Senning. | 0.8 | 400.00 | 320.00 |
| 02/14/02 | G. J. Ligelis | Meeting in New London office with B. Taylor and J. Senning re review of documents. | 6.0 | 340.00 | 2040.0 |
| 02/19/02 | G. J. Ligelis | REDACTED | 2.0 | 340.00 | 680.00 |
| 02/19/02 | P. Romanello | Bates stamp client documents and compile sets of documents for B. Taylor, J. Senning and J. Carbin. | 1.1 | 145.00 | 159.50 |
| 02/20/02 | G. J. Ligelis | REDACTED | 1.0 | 340.00 | 340.00 |
| 02/20/02 | P. Romanello | Create privilege log and remove privilege documents from sets of production. | 0.8 | 145.00 | 116.00 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT  06518

June 3, 2002
R&C Invoice 47373137
Page 4

File #  20748.0017
Defend Maritime Personal Injury Matter

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 02/21/02 | G. J. Ligelis | REDACTED | 2.0 | 340.00 | 680.00 |
| 02/22/02 | G. J. Ligelis | Review proposed stipulation for protective order; review documents to be produced. | 2.5 | 340.00 | 850.00 |
| 02/28/02 | G. J. Ligelis | Review files; review letter from J. Senning re status of litigation; prepare documents for production. | 1.4 | 340.00 | 476.00 |
| 03/04/02 | G. J. Ligelis | Review letter from A. Vitale re Nantucket Hospital. | 0.2 | 340.00 | 68.00 |
| 03/13/02 | G. J. Ligelis | REDACTED | 0.2 | 340.00 | 68.00 |
| 03/13/02 | P. Romanello | Investigation re service on Perrotti. | 0.3 | 145.00 | 43.50 |
| 03/14/02 | G. J. Ligelis | Review affidavit of service; letter to F. Perrotti. | 0.4 | 340.00 | 136.00 |
| 03/15/02 | G. J. Ligelis | Review documents for production re Connecticut Indemnity v. Perrotti; telephone conference B. Taylor re his deposition and letter to underwriters; review pleadings; review letter from A. Vitale. | 2.0 | 340.00 | 680.00 |
| 03/18/02 | L. P. Coassin | Office conference and telephone conferences re yacht litigation issues. | 0.6 | 400.00 | 240.00 |
| 03/27/02 | L. P. Coassin | Office conferences and telephone conferences re open items relating to yacht litigation. | 0.8 | 400.00 | 320.00 |
| 04/01/02 | G. J. Ligelis | Review invoices from Holland & Knight; letter to Nantucket Hospital; review discovery requests. | 1.0 | 340.00 | 340.00 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT 06518

June 3, 2002
R&C Invoice 47373137
Page 5

File # 20748.0017
Defend Maritime Personal Injury Matter

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 04/03/02 | L. P. Coassin | Office conference and telephone conferences re yacht litigation. | 0.3 | 400.00 | 120.00 |
| 04/08/02 | G. J. Ligelis | Receipt and review medical records of J. Fourie from Nantucket Hospital; letter to A. Vitale re same. | 1.0 | 340.00 | 340.00 |
| 04/09/02 | G. J. Ligelis | Review medical records; letter to Holland & Knight. | 1.0 | 340.00 | 340.00 |
| 04/16/02 | G. J. Ligelis | Review letter from J. Senning summarizing pretrial conference, and scheduling order. | 1.0 | 340.00 | 340.00 |
| 04/18/02 | P. Romanello | Review scheduling order and docket relevant dates. | 0.4 | 145.00 | 58.00 |
| 04/23/02 | G. J. Ligelis | Review fax from Close Bros.; letter to F. Perrotti. | 0.2 | 340.00 | 68.00 |
| 04/24/02 | G. J. Ligelis | Review management agreement with Sterling Yacht. | 0.2 | 340.00 | 68.00 |
| 04/24/02 | P. Romanello | Investigation re employment agreement. | 0.5 | 145.00 | 72.50 |
| 04/25/02 | G. J. Ligelis | Review yacht management agreement between Clean Waste, Inc. and Sterling Yacht. | 0.5 | 340.00 | 170.00 |
| 04/26/02 | D. J. Burke | | 1.1 | 275.00 | 302.50 |
| 04/26/02 | G. J. Ligelis | REDACTED | 0.4 | 340.00 | 136.00 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT  06518

June 3, 2002
R&C Invoice 47373137
Page 6

File #  20748.0017
Defend Maritime Personal Injury Matter

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 04/29/02 | G. J. Ligelis | Telephone conference J. Senning re status of investigation. | 0.3 | 340.00 | 102.00 |

Fees for legal services............................................................................................. $16,905.50

## Costs and disbursements

| | | |
|------|-------------|--------|
| 04/10/02 | MISCELLANEOUS: NANTUCKET COTTAGE HOSPITAL - Retrieval of records re: Johan Phillip Fourie per David Wilson Esq. invoice dated 4/2/02 | 12.00 |
| 04/30/02 | Special Copying Services | 2.40 |

Total costs and disbursements................................................................................
$14.40

**Matter Summary for File 20748.0017**
Defend Maritime Personal Injury Matter

| | |
|---|---|
| Fees for legal services | $16,905.50 |
| Costs and disbursements | 14.40 |
| **Total current billing for this matter** | **$16,919.90** |
| Less redacted fees | 2,206.50 |
| Net | $14,713.40 |

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN CT 06518

November 12, 2002
R&C Invoice 47390078
Page 1

For services through October 31, 2002

File # 20748.0017
Defend Maritime Personal Injury Matter

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 09/03/02 | G. J. Ligelis | Review plaintiff's discovery requests; review documents re same. | 2.0 | 340.00 | 680.00 |
| 09/04/02 | G. J. Ligelis | Telephone conference L. Coassin re mediation; review email from B. Taylor; telephone conference J. Senning; telephone conference B. Taylor; prepare responses to discovery requests. | 3.0 | 340.00 | 1020.0 |
| 09/05/02 | G. J. Ligelis | Prepare discovery responses; telephone conference B. Taylor; email D. Butler. | 2.0 | 340.00 | 680.00 |
| 09/06/02 | G. J. Ligelis | Meeting with D. Bohonnon in New Haven re review documents in response to Fourie's notice to produce; prepare responses to interrogatories; telephone conference B. Taylor. | 4.0 | 340.00 | 1360.0 |
| 09/10/02 | G. J. Ligelis | Review and revise answer to interrogatories. | 1.0 | 340.00 | 340.00 |
| 09/11/02 | G. J. Ligelis | Review reports from Holland & Knight and Holland & Knight's maritime investigator re Fourie's injury, service record and employment. | 2.0 | 340.00 | 680.00 |
| 09/13/02 | G. J. Ligelis | REDACTED | 1.0 | 340.00 | 340.00 |
| 09/16/02 | G. J. Ligelis | Review investigative reports on J. Fourie | 1.0 | 340.00 | 340.00 |
| 09/17/02 | J. LaForgia | Telephone conference Theresa at F. Perrotti's office re marine insurance policy. | 0.1 | 80.00 | 8.00 |
| 09/18/02 | G. J. Ligelis | Telephone conference M. Moore and D. Butler re mediation; telephone conference D. Bohonnon re case; review letter from J. Senning. | 4.0 | 340.00 | 1360.0 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN  CT  06518

November 12, 2002
R&C Invoice 47390078
Page 2

File #  20748.0017
Defend Maritime Personal Injury Matter

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 09/19/02 | G. J. Ligelis | | 2.0 | 340.00 | 680.00 |
| | | REDACTED | | | |
| 09/20/02 | G. J. Ligelis | Telephone conference B. Taylor; telephone conference D. Butler of Holland & Knight. | 0.5 | 340.00 | 170.00 |
| 09/23/02 | G. J. Ligelis | Telephone conference b. Taylor re results of mediation and his deposition; review notice to admit; telephone conference J. Senning re statue of case; review file. | 2.0 | 340.00 | 680.00 |
| 09/24/02 | G. J. Ligelis | Review and revise letters to F. Perrotti; review insurance application; review letter to J. Senning. | 1.0 | 340.00 | 340.00 |
| 09/24/02 | G. J. Ligelis | Prepare responses to notice to admit. | 1.0 | 340.00 | 340.00 |
| 09/25/02 | G. J. Ligelis | Telephone conference D. Bohonnon re B. Taylor deposition. | 0.5 | 340.00 | 170.00 |
| 09/26/02 | G. J. Ligelis | | 1.0 | 340.00 | 340.00 |
| | | REDACTED | | | |
| 09/30/02 | G. J. Ligelis | Review draft answer for notice to admit. | 1.0 | 340.00 | 340.00 |
| 10/01/02 | G. J. Ligelis | Review documents produce in discovery. | 1.0 | 340.00 | 340.00 |
| 10/02/02 | G. J. Ligelis | Telephone conference J. Senning; telephone conference,  letter, and fax to F. Perrotti; review file; letter to J. Senning re deposition. | 1.0 | 340.00 | 340.00 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN CT 06518

November 12, 2002
R&C Invoice 47390078
Page 3

File # 20748.0017
Defend Maritime Personal Injury Matter

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 10/04/02 | G. J. Ligelis | Telephone conference D. Bohonnon; review decision from Florida court. | 0.6 | 340.00 | 204.00 |
| 10/08/02 | G. J. Ligelis | Receipt and review decision denying J. Fourie's motion for summary judgment re maintenance and cure; letter to F. Perrotti; review draft of CUTPA complaint. | 1.0 | 340.00 | 340.00 |
| 10/11/02 | G. J. Ligelis | Review status report letter from Holland & Knight; letter to J. Senning and F. Perrotti re settlement document and status of case; review file. | 1.0 | 340.00 | 340.00 |
| 10/22/02 | G. J. Ligelis | Telephone conference J. Senning and F. Perrotti re litigation strategy; review Holland & Knight's invoices for services rendered; letter to same. | 3.0 | 340.00 | 1020.0 |
| 10/25/02 | G. J. Ligelis | Review letter from Holland & Knight. | 1.0 | 340.00 | 340.00 |
| 10/28/02 | G. J. Ligelis | Review letters of D. Bohonnon and J. Senning. | 0.5 | 340.00 | 170.00 |
| 10/31/02 | G. J. Ligelis | REDACTED | 2.0 | 340.00 | 680.00 |
| 10/31/02 | P. Romanello | Review Perrotti letter. | 0.1 | 145.00 | 14.50 |

Fees for legal services..........................................................................................   $13,656.50

## Costs and disbursements

| 10/31/02 | Federal Express Services | | 52.42 |
|----------|--------------------------|--|-------|

Total costs and disbursements...................................................................   $52.42

FROM :                  PHONE NO. :             Nov. 15 2002 10:47AM P4

Robinson & Cole

                                      Page: 2
                                    11/04/02
                    ACCOUNT NO: 97683-000M
                    STATEMENT NO:        1

N.E. Waste Management/Sterling Yacht Svcs.

                                            HOURS

09/25/02
    DMB Client meeting, Preparation Deposition;
        Supplemental Production Responses; File
        review.                       5.95

09/26/02
    DMB Preparation Deposition meeting, John
        Senning, Bill Taylor; Deposition;
        Teleconference Greg Ligelis.       7.85

09/30/02
    DMB Telecon John Senning and Greg Ligelis.
        Review Request for Admissions and
        responses.                 1.35

10/24/02
    DMB Teleconference client, review Deposition
        Transcript; Correspondence.       1.25

        FOR CURRENT SERVICES RENDERED       44.85  13,455.00

09/26/02 Lunch - Quinnipiack Club               40.00
10/24/02 Postage to William Taylor, copy Deposition and
        Errata Sheet, etc.                3.95

        TOTAL ADVANCES                   43.95

        TOTAL CURRENT WORK            13,498.95

        BALANCE DUE                  $13,498.95

*$13,458.95*

*Bohannon Law Firm*

PAID
NOV 19 2002
Pd $13,458.95
Ck # 1200

Federal ID # 06-1443106

PHONE NO. :      Nov. 15 2002 10:46AM P3

## BOHONNON LAW FIRM, LLC

ATTORNEYS AT LAW
205 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510

R. WILLIAM BOHONNON
KENNETH WYNNE BOHONNON
DAVID M. BOHONNON

(203) 787-2151

Page: 1
11/04/02
Robinson & Cole      ACCOUNT NO: 97683-000M
Attn: Gregory J. Ligelis      STATEMENT NO:      1
Financial Centre, 695 E. Main Street
P.O. Box 10305
Stamford CT 06904-2305

N.E. Waste Management/Sterling Yacht Svcs.

FOR PROFESSIONAL SERVICES RENDERED

|  | HOURS |
|---|---|
| 07/31/02 | |
| DMB File review, client meeting. | 4.85 |
| | |
| 09/06/02 | |
| DMB File review; Meeting Gregory Ligelis; Teleconference John Senning; Correspondence Attorney James Carbin, Esq. | 3.85 |
| | |
| 09/10/02 | |
| DMB Correspondence and phone calls Reynolds. | 0.35 |
| | |
| 09/11/02 | |
| DMB Document review; Teleconferences John Senning, Bill Taylor, legal research, preparation for Motion To Compel; Teleconference Gregory Ligelis; File Memorandum. | 5.45 |
| | |
| 09/12/02 | |
| DMB Preparation Motion To Compel; Court Appearance USDC; Teleconferences client; Conferences John Senning, Attorney James Carbin; Correspondence. | 6.25 |
| | |
| 09/17/02 | |
| DMB Review Employment and Operations Handbook, Vessel Logs and Production Requests; Correspondence and Federal Express Production documents to Duane Morris, LLP. | 3.85 |
| | |
| 09/23/02 | |
| DMB Review documents and production materials Sterling Yacht Services, Clean Waste, Inc.; Teleconferences John Senning, Greg Ligelis; File Memorandum. | 2.85 |