**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

JAMES W. CARBIN
DIRECT DIAL: 973.424.2035
E-MAIL: JWCARBIN@DUANEMORRIS.COM

www.duanemorris.com

RECEIVED
NOV 18 2005
U.S. DISTRICT COURT
HARTFORD, CONN.

November 16, 2005

Office of the Clerk
United States District Court
ATTN: Jo-Ann Walker, Deputy Clerk
District of Connecticut
450 Main Street
Hartford, CT 06103

    **Re:**    The Connecticut Indemnity Company v. Perrotti, Jr.
           Index No.: 301 CV 1410 (RNC)
           Our File No.: K0119-9

Dear Deputy Clerk Walker:

    We are in receipt of your letter dated November 7, 2005, (copy enclosed), regarding the captioned matter, wherein you stated that Plaintiff's marked exhibits from the August 2004 court trial are too voluminous to mail back to our offices.

    In response to your question, the Clerk's Office may destroy those documents as was listed in your letter of November 7, 2005.

    Thank you in advance for your time and your attention to this matter.

                                Sincerely,

                                James W. Carbin

JWC:dmn
Enclosure

DUANE MORRIS LLP    A DELAWARE LIMITED LIABILITY PARTNERSHIP    WALTER J. GREENHALGH, RESIDENT PARTNER

744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889    PHONE: 973.424.2000  FAX: 973.424.2001
NWK\113426.1