UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103

November 7, 2005

John L. Senning, Esq.
Senning & Rieder
16 Saybrook Rd.
Essex, CT 06426

Re:   Connecticut Indemnity Company v. Frank Perrotti, Jr.
      3:01CV01410(RNC)

Dear Attorney Senning:

Defendant's marked exhibits from the August 2004 court trial are ready to be returned to you but are too voluminous to mail. They may be picked up at the Clerk's Office between 9:00 am and 4:00 pm. Please call me at 860-240-3210 to make arrangements to pick them up or to have them discarded. Exhibits not picked up within 30 days will be destroyed.

Thank you for your prompt attention to this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

KEVIN F. ROWE, CLERK

By _____
Jo-Ann Walker, Deputy Clerk