**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**CLEAN WASTE, INC.,**
    **PLAINTIFF,**


    **V.**                            **CIV. NO.3:02-CV-02105 (RNC)**

**FIRST NATIONS**
**FINANCIAL SVC., INC. ET AL,**
    **DEFENDANTS.**

**SETTLEMENT CONFERENCE SCHEDULING ORDER**

    The settlement conference scheduled for April 28, 2006 at 10:00AM is canceled. **A new settlement conference is scheduled for June 26, 2006 at 10:00AM** in West Courtroom, 450 Main St., Hartford, CT before Judge Thomas P. Smith.  Counsel in both cases are advised to carefully examine the docket sheets to ensure that all contact information is up to date and that he/she is listed as lead counsel to be notified in this case.

    Counsel shall be accompanied by the appropriate persons with authority to settle, including insurance adjusters. See Nick v. Morgan's Foods, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo 2000). Counsel are hereby ordered to advise their respective principles and insurance adjusters of the Nick decision. Parties shall submit, via mail or hand delivery, *ex parte* statements not to exceed four (4) pages to chambers by June 5, 2006. The *ex parte* statements shall address settlement negotiations to date as well as potential

resolutions, including bottom-line dollar amounts. Counsel are also ordered to confer with the opposing party prior to the settlement conference to attempt to settle the case without judicial intervention.

Because it has been represented to the court that a settlement conference may not be productive **all *ex parte* statements will also include counsel's position regarding the utility of the settlement conference**. Counsel having already submitted an *ex parte* statement in compliance with the court's last settlement order shall supplement the submission to include their position on the usefulness of the newly scheduled conference.

Because of the scheduling difficulties in this case the court fully expects counsel, principals and clients to take all steps necessary to ensure attendance at the conference.

**IT IS SO ORDERED.**

**Dated at Hartford, Connecticut this 27th day of April, 2006.**

/s/ Thomas P. Smith
**THOMAS P. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
