UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY,<br>               Plaintiff,<br><br>V.<br><br>FRANK PERROTTI, JR.,<br><br>               Defendant | CIVIL ACTION NO. 301CV1410(RNC)<br><br>MAY 1, 2006 |

## SATISFACTION OF JUDGMENT

WHEREAS, on October 5, 2005, this Court entered Judgment in favor of the Defendant Frank Perrotti, Jr. in the amount of $352,135.58 against the Plaintiff, The Connecticut Indemnity Company, and

WHEREAS, on March 20, 2005 the Defendant Frank Perrotti Jr., through his attorney John L. Senning of The Essex Law Group LLC, received by way of a bank draft payment in the amount of $352,135.58 drawn upon Bank of America, N.A. in payment of said Judgment; and

WHEREAS, on or about April 26, 2006 the Defendant Frank Perrotti Jr. through his said attorney received by bank draft the sum of $6,740.93 in payment of statutory interest accrued on said judgment from October 5, 2005 to March 15, 2006;

NOW THEREFORE, by reason of said payments, said Judgment of October 5, 2005 as entered by the Court in the amount of $352,135.58 plus accrued interest thereon is deemed satisfied.

                THE DEFENDANT
                FRANK PERROTTI, JR.

                By _____
                John L. Senning, Esq. of
                The Essex Law Group
                16 Saybrook Road
                Essex, CT  06426
                Tel.: (860) 767-2618
                Federal Bar # CT05807
                --His Attorney--