STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | : | CASE NO.: 301 CV 1410 (RNC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK PERROTTI, JR., | : | |
| | : | SEPTEMBER 18, 2006 |
| Defendant. | | |

## <u>DEFENDANT'S MOTION FOR ATTORNEYS' FEES</u>

Defendant, Frank Perrotti, Jr. ("Perrotti") in the above-captioned action, by his attorney, John L. Senning, Esq. of The Essex Law Group, hereby moves this Honorable Court for an award of attorneys' fees and costs of Robinson & Cole LLP incurred in the defense of the Florida action entitled *Johan Fourie v. Clean Waste, Inc. and Frank Perrotti, Jr.*, Docket No.: Civ. 01.7735, and the Affidavit of Gregory J. Ligelis in support of the motion. These attorneys' fees and costs were incurred on behalf of and paid by Frank Perrotti, Jr. as a direct result of the wrongful failure and refusal of The Connecticut Indemnity Company to provide a defense for the said Frank Perrotti, Jr. which this Court has determined by its Ruling and Order dated October 5, 2005 should have been provided. The attorneys fees and costs sought to be awarded in this action are in addition to those previously awarded to cover the costs of Florida legal counsel and are not duplicative thereof.

It is therefore respectfully requested that this Court award attorneys' fees and costs in the

amount of $21,036.42 to Defendant, Frank Perrotti, Jr.

**DEFENDANT,**
**FRANK PERROTTI, JR.**

/s/ **John L. Senning**
Ct05807
John L. Senning
The Essex Law Group
16 Saybrook Road
Essex, CT  06426
Phone: (860) 767-2618
Fax: (860) 767-2740
E-mail: jlssealaw@aol.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | : | CASE NO.: 301 CV 1410 (RNC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK PERROTTI, JR., | : | SEPTEMBER 18, 2006 |
| Defendant. | | |

I hereby certify that on September 18, 2006, a copy of foregoing Defandant's Motion for Attorneys' Fees was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/ **John L. Senning**
Ct05807
John L. Senning
The Essex Law Group
16 Saybrook Road
Essex, CT  06426
Phone: (860) 767-2618
Fax: (860) 767-2740
E-mail: jlssealaw@aol.com