| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | : CASE NO.: 301 CV 1410 (RNC) |
| Plaintiff, | : **AFFIDAVIT OF GREGORY J. LIGELIS IN SUPPORT OF FRANK PERROTTI, JR.'S MOTON FOR ATTORNEYS' FEES** |
| v. | : |
| FRANK PERROTTI, JR., | : |
| Defendant. | : SEPTEMBER 8, 2006 |

STATE OF CONNECTICUT)
                    .ss:
COUNTY OF FAIRFIELD  )

**GREGORY J. LIGELIS**, being duly sworn, deposes and says:

1. I am a partner in the law firm of Robinson & Cole LLP, and I make this affidavit in support of Frank Perrotti, Jr.'s ("Perrotti") application to recover Robinson & Cole LLP's ("R&C") legal fees incurred solely in the defense of the lawsuit brought by Johan Fourie against Frank Perrotti in United States District Court in Florida entitled *Johan Fourie v. Clean Waste, Inc. and Frank Perrotti, Jr. in personam, and the M/Y NEWS, her engines, tackle, etc., in rem*, Case No. CIV 01-7735 (ZLOCH) (the "Florida Action").

2. This Motion for Attorneys' Fees is being submitted pursuant to The Honorable Robert N. Chatigny Order dated August 21, 2006 in which His Honor opined that the Court could not determine from the Robinson & Cole LLP's invoices that were submitted which work was performed solely for the defense of the Fourie Action and which work was performed and invoiced for the defense of the Declaratory Judgment Action.

STAM1-820052-1

3.    I have reviewed the R&C invoices previously submitted and deleted all entries for work performed that was not related to the defense of the Fourie Action in Florida. I attached hereto as Exhibit A the revised invoices. The new reduced amount of attorneys' fees sought totals $20,955.00, plus costs of $81.42. I have also attached the original R&C invoices that we submitted and which were marked by me to show the entries that have been deleted, since it was for work performed in connection with the Declaratory Judgment Action (*see* Exhibit B).

4.    The Florida Action was referred to me to defend since I am a proctor in admiralty with over thirty years experience in marine litigation and marine insurance. I am also an Adjunct Professor at The University of Connecticut Law School, and have taught courses on marine insurance and admiralty.

5.    I retained the law firm of Holland &Knight in Miami, to act as local counsel to defend the Florida Action under my direction and supervision.

6.    I was to be lead counsel and coordinate litigation strategy and supervise Holland & Knight in the Fourie Florida Action since I was familiar with Perrotti's files with respect to the vessel the M/Y NEWS, including the file pertaining to the purchase of the M/Y News. I represented Mr. Perrotti in connection with the purchase of the vessel. I began working on the action on January 2, 1002 by coordinating with Alexander Vitale, an associate of Holland & Knight.

7.    I refer to the revised invoices of R&C marked as Exhibits A. These invoices detail the extent of my involvement in the Fourie Florida Action. I prepared initial responses to

2

all document production requests and interrogatories, forwarded them to Holland & Knight, and regularly engaged in litigation strategy discussions with them.

8. I reviewed all motions and pleadings in the Fourie Action and assisted in preparing responses to same. I reviewed deposition summaries.

9. I interviewed Bill Taylor of Sterling Yacht, the Manager of the vessel, and reviewed his files and documents with respect to the Fourie Florida Action and assisted with his preparation for deposition in the Fourie Action.

10. After discovery had been concluded and the trial scheduled, I personally conducted all settlement negotiations with Johan Fourie's counsel in Florida, which ultimately resulted in settlement of the action. I negotiated the terms and conditions of the settlement and reviewed the settlement agreement.

11. The legal fees incurred by my firm, R&C, were $20,955.00, and disbursements of $81.42, for a total of $21,036.42 in defending the Fourie Florida Action and arriving at a settlement and Stipulated Judgment.

12. I therefore respectfully request that the Court award to Perrotti the fees and disbursements of R&C incurred in the defense of the Fourie Florida Action totaling $21,036.42.

_____
Gregory J. Ligelis

Sworn to before me this
8th day of September, 2006

_____
Notary Public

JANET LAFORGIA
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2009

4