# ROBINSON & COLE LLP

FRANK PERROTTI JR  
305 SPRUCE BANK  
HAMDEN, CT 06518

June 3, 2002  
R&C Invoice 47373137  
Page 1

File # 20748.0017  
Defend Maritime Personal Injury Matter

For services through April 30, 2002

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/02 | G. J. Ligelis | Telephone conference A. Vitale re status of litigation and litigation strategies; telephone conference L. Forsberg re same; telephone conference B. Taylor re same. | 1.2 | 340.00 | 398.00 |
| 01/02/02 | P. Romanello | Investigation re documents required to show proof of ownership of vessel. | 0.7 | 145.00 | 101.50 |
| 01/07/02 | G. J. Ligelis | Review A. Vitale correspondence. | 0.2 | 340.00 | 68.00 |
| 01/09/02 | G. J. Ligelis | Prepare reference letter to Close Brothers (Cayman), Ltd. re Clean Waste, Inc.; review insurance application re Fourie. | 0.8 | 340.00 | 272.00 |
| 01/10/02 | P. Romanello | Telephone conference N. Gray re: vessel ownership. | 0.1 | 145.00 | 14.50 |
| 01/11/02 | G. J. Ligelis | Review draft answer. | 1.0 | 340.00 | 340.00 |
| 01/11/02 | P. Romanello | Forward R. Vitale proof of Clean Water ownership of vessel. | 0.2 | 145.00 | 29.00 |
| 01/15/02 | G. J. Ligelis | Review draft answer; review documents received from B. Taylor; letter to A. Vitale re check. | 2.0 | 340.00 | 680.00 |
| 01/16/02 | G. J. Ligelis | Review invoices, employment contract, and log entries provided by B. Taylor | 1.0 | 340.00 | 340.00 |
| 01/18/02 | P. Romanello | Letter to client re invoice. | 0.2 | 145.00 | 29.00 |
| 01/22/02 | G. J. Ligelis | Review answer and affirmation and defenses; letter to A. Vitale re medical records; prepare authorization form. | 1.0 | 340.00 | 340.00 |
| 01/22/02 | P. Romanello | Research re medical authorizations. | 0.3 | 145.00 | 43.50 |

STAM1-820055-1

# ROBINSON & COLE LLP

FRANK PERROTTI JR  
305 SPRUCE BANK  
HAMDEN, CT 06518

June 3, 2002  
R&C Invoice 47373137  
Page 2

File # 20748.0017  
Defend Maritime Personal Injury Matter

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/02 | G. J. Ligelis | Telephone conference B. Taylor re suit by steward and chef; discussions of Fourie case; review file. | 1.0 | 340.00 | 340.00 |
| 01/24/02 | G. J. Ligelis | Telephone conference A. Vitale re litigation strategy; draft response. | 0.8 | 340.00 | 272.00 |
| 01/28/02 | L. P. Coassin | Review yacht litigation issues. | 0.3 | 400.00 | 120.00 |
| 01/29/02 | G. J. Ligelis | Review pleadings. | .3 | 340.00 | 102.00 |
| 01/31/02 | G. J. Ligelis | Review scheduling order; telephone conference B. Taylor; review documents. | 0.8 | 340.00 | 272.00 |
| 02/01/02 | G. J. Ligelis | Review discovery materials; telephone conference A. Vitale counsel; telephone conference B. Taylor. | 1.0 | 340.00 | 120.00 |
| 02/01/02 | L. P. Coassin | Telephone conferences Atty. Senning and Vitale. | 0.3 | 400.00 | 120.00 |
| 02/04/02 | G. J. Ligelis | Telephone conference B. Taylor re preparation for deposition; review file. | 0.5 | 340.00 | 170.00 |
| 02/04/02 | L. P. Coassin | Office conference re yacht litigation issues. | 0.4 | 400.00 | 160.00 |
| 02/11/02 | G. J. Ligelis | Telephone conference B. Taylor re deposition. | 0.3 | 340.00 | 102.00 |
| 02/11/02 | L. P. Coassin | Office conference re yacht litigation status. | 0.4 | 400.00 | 160.00 |
| 02/14/02 | G. J. Ligelis | Meeting in New London office with B. Taylor re review of documents. | 3.0 | 340.00 | 1020.00 |
| 02/19/02 | P. Romanello | Bates stamp client documents and compile sets of documents for B. Taylor, J. Senning and J. Carbin. | 1.1 | 145.00 | 159.50 |
| 02/20/02 | P. Romanello | Create privilege log and remove privilege document from sets of production. | 0.8 | 145.00 | 116.00 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT 06518

June 3, 2002
R&C Invoice 47373137
Page 3

File # 20748.0017
Defend Maritime Personal Injury Matter

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/22/02 | G. J. Ligelis | Review proposed stipulation for protective order; review documents to be produced. | 2.5 | 340.00 | 850.00 |
| 02/28/02 | G. J. Ligelis | Review files; prepare documents for production. | 1.0 | 340.00 | 340.00 |
| 03/04/02 | G. J. Ligelis | Review letter from A. Vitale re Nantucket Hospital. | 0.2 | 340.00 | 68.00 |
| 03/13/02 | P. Romanello | Investigation re service on Perrotti. | 0.3 | 145.00 | 43.50 |
| 03/14/02 | G. J. Ligelis | Review affidavit of service; letter to F. Perrotti. | 0.4 | 340.00 | 136.00 |
| 03/15/02 | G. J. Ligelis | Telephone conference B. Taylor re his deposition and letter to underwriters; review pleadings; review letter from A. Vitale. | 1.0 | 340.00 | 340.00 |
| 03/18/02 | L. P. Coassin | Office conference and telephone conferences re yacht litigation issues. | 0.6 | 400.00 | 240.00 |
| 03/27/02 | L. P. Coassin | Office conferences and telephone conferences re open items relating to yacht litigation. | 0.8 | 400.00 | 320.00 |
| 04/01/02 | G. J. Ligelis | Review invoices from Holland & Knight; letter to Nantucket Hospital; review discovery requests. | 1.0 | 340.00 | 340.00 |
| 04/03/02 | L. P. Coassin | Office conference and telephone conferences re yacht litigation. | 0.3 | 400.00 | 120.00 |
| 04/08/02 | G. J. Ligelis | Receipt and review medical records of J. Fourie from Nantucket Hospital; letter to A. Vitale re same. | 1.0 | 340.00 | 340.00 |
| 04/09/02 | G. J. Ligelis | Review medical records; letter to Holland & Knight. | 1.0 | 340.00 | 340.00 |
| 04/18/02 | P. Romanello | Review scheduling order and docket relevant dates. | 0.4 | 145.00 | 58.00 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT 06518

June 3, 2002
R&C Invoice 47373137
Page 4

File # 20748.0017
Defend Maritime Personal Injury Matter

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/23/02 | G. J. Ligelis | Review fax from Close Bros.; letter to F. Perrotti. | 0.2 | 340.00 | 68.00 |
| 04/24/02 | G. J. Ligelis | Review management agreement with Sterling Yacht. | 0.2 | 340.00 | 68.00 |
| 04/24/02 | P. Romanello | Investigation re employment agreement. | 0.5 | 145.00 | 72.50 |
| 04/25/02 | G. J. Ligelis | Review yacht management agreement between Clean Waste, Inc. and Sterling Yacht. | 0.5 | 340.00 | 170.00 |

Fees for legal services .................................................................................................. $9,825.00

# ROBINSON & COLE LLP

FRANK PERROTTI JR  
305 SPRUCE BANK  
HAMDEN, CT 06518

June 3, 2002  
R&C Invoice 47373137  
Page 5

File # 20748.0017  
Defend Maritime Personal Injury Matter

## Costs and disbursements

| Date | Description | Amount |
|---|---|---:|
| 04/10/02 | MISCELLANEOUS: NANTUCKET COTTAGE HOSPITAL – Retrieval of records re: Johan Phillip Fourie per David Wilson Esq. invoice dated 4/2/02 | 12.00 |
| 04/30/02 | Special Copying Services | 2.40 |
|  | Total costs and disbursements .................................................................................. | $14.40 |

**Matter Summary for File 20748.0017**  
Defend Maritime Personal Injury Matter

| | |
|---|---:|
| Fees for legal services | $9,825.00 |
| Cost and disbursements | 14.40 |
| **Total current billing for this matter** | $9,839.40 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT 06518

November 12, 2002
R&C Invoice 47390078
Page 1

File # 20748.0017
Defend Maritime Personal Injury Matter

For services through October 31, 2002

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/02 | G. J. Ligelis | Review plaintiff's discovery requests; review documents re same. | 2.0 | 340.00 | 680.00 |
| 09/04/02 | G. J. Ligelis | Telephone conference L. Coassin re mediation; review email form B. Taylor; telephone conference B. Taylor; prepare responses to discovery requests. | 2.8 | 340.00 | 952.00 |
| 09/05/02 | G. J. Ligelis | Prepare discovery responses; telephone conference B. Taylor; email D. Butler. | 2.0 | 340.00 | 680.00 |
| 09/06/02 | G. J. Ligelis | Meeting with D. Bohonnon in New haven re review documents in response to Fourie's notice to produce; prepare responses to interrogatories; telephone conference B. Taylor. | 4.0 | 340.00 | 1360.00 |
| 09/10/02 | G. J. Ligelis | Review and revise answer to interrogatories. | 1.0 | 340.00 | 340.00 |
| 09/11/02 | G. J. Ligelis | Review reports form Holland & Knight and Holland & Knight's maritime investigator re Fourie's injury, service record and employment. | 2.0 | 340.00 | 680.00 |
| 09/16/02 | G. J. Ligelis | Review investigative reports on J. Fourie | 1.0 | 340.00 | 340.00 |
| 09/18/02 | G. J. Ligelis | Telephone conference M. Moore and D. Butler re mediation; telephone conference D. Bohonnon re case. | 3.8 | 340.00 | 1282.00 |
| 09/20/02 | G. J. Ligelis | Telephone conference B. Taylor; telephone conference D. Butler of Holland & Knight. | 0.5 | 340.00 | 170.00 |

STAM1-820102-1

# ROBINSON & COLE LLP

FRANK PERROTTI JR  
305 SPRUCE BANK  
HAMDEN, CT 06518

November 12, 2002  
R&C Invoice 47390078  
Page 2

File # 20748.0017  
Defend Maritime Personal Injury Matter

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/23/02 | G. J. Ligelis | Telephone conference B. Taylor re results of mediation and his deposition; review notice to admit; review file. | 1.8 | 340.00 | 602.00 |
| 09/24/02 | G. J. Ligelis | Prepare response to notice to admit. | 1.0 | 340.00 | 340.00 |
| 09/25/02 | G. J. Ligelis | Telephone conference D. Bohonnon re B. Taylor deposition. | 0.5 | 340.00 | 170.00 |
| 09/30/02 | G. J. Ligelis | Review draft answer for notice to admit. | 1.0 | 340.00 | 340.00 |
| 10/01/02 | G. J. Ligelis | Review documents produce in discovery. | 1.0 | 340.00 | 340.00 |
| 10/04/02 | G. J. Ligelis | Telephone conference D. Bohonnon; review decision form Florida court. | 0.6 | 340.00 | 204.00 |
| 10/08/02 | G. J. Ligelis | Receipt and review decision denying J. Fourie's motion for summary judgment re maintenance and cure; letter to F. Perrotti. | 0.7 | 340.00 | 340.00 |
| 10/11/02 | G. J. Ligelis | Review status report letter form Holland & Knight; letter to J. Senning and F. Perrotti re settlement document and status of Fourie case; review file. | 1.0 | 340.00 | 340.00 |
| 10/22/02 | G. J. Ligelis | Review Holland & Knight's invoices for services rendered; letter to same. | 2.0 | 340.00 | 680.00 |
| 10/25/02 | G. J. Ligelis | Review letter from Holland & Knight. | 1.0 | 340.00 | 340.00 |
| 10/31/02 | P. Romanello | Review Perrotti letter. | 0.1 | 145.00 | 14.50 |

Fees for legal services................................................................................................ $10,194.50

# ROBINSON & COLE LLP

FRANK PERROTTI JR  
305 SPRUCE BANK  
HAMDEN, CT 06518

November 12, 2002  
R&C Invoice 47390078  
Page 3

File # 20748.0017  
Defend Maritime Personal Injury Matter

<u>Costs and disbursements</u>

| 10/31/02 | Federal Express Services | 52.42 |
|---|---|---|
| | Total costs and disbursements ................................................................... | $52.42 |

**Matter Summary for File 20748.0017**  
Defend Maritime Personal Injury Matter

| Fees for legal services | $10,194.50 |
|---|---|
| Cost and disbursements | 52.42 |
| **Total current billing for this matter** | **$10,246.92** |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT 06518

January 7, 2003
R&C Invoice 47396395
Page 1

File # 20748.0017
Defend Maritime Personal Injury Matter

For services through December 31, 2002

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/02 | G. J. Ligelis | Review deposition transcript of f. Perrotti's testimony; various communications with Holland & Knight re settlement. | 1.2 | 340.00 | 408.00 |
| 11/27/02 | G. J. Ligelis | Review correspondence from Holland & Knight. | 0.5 | 340.00 | 170.00 |
| 12/03/02 | G. J. Ligelis | Review J. Fourie motion to amend complaint and seek punitive damages; review letter from Holland & Knight; letter to F. Perrotti. | 1.1 | 340.00 | 374.00 |
| 12/19/02 | G. J. Ligelis | Review letter from Holland & Knight. | 0.5 | 340.00 | 170.00 |
| 12/23/02 | D. T. Ryan | Conference Atty Ligelis re case background; damage claims and injuries; settlement demand; trial date and potential verdict range; receipt and review of several e-mails and receipt of fax from Atty Ligelis with attachments re injuries and related matters. | 0.9 | 400.00 | 360.00 |
| 12/23/02 | L. P. Coassin | Various telephone conferences re settlement of Fouri litigation. | 2.2 | 400.00 | 880.00 |
| 12/23/02 | G. J. Ligelis | Telephone conference D. Ryan; review correspondence from Holland & Knight; telephone conference N. Butler re call; telephone conference L. Coassin; various conferences with Holland & Knight. | 2.6 | 340.00 | 884.00 |
| 12/30/02 | G. J. Ligelis | Review correspondence from Holland & Knight; review file. | 0.6 | 340.00 | 204.00 |
| 12/31/02 | G. J. Ligelis | Monitor settlement negotiations; prepare settlement proposal; review file. | 1.2 | 340.00 | 408.00 |

STAM1-820105-1

# ROBINSON & COLE LLP

FRANK PERROTTI JR  
305 SPRUCE BANK  
HAMDEN, CT 06518

January 7, 2003  
R&C Invoice 47396395  
Page 2

File # 20748.0017  
Defend Maritime Personal Injury Matter

| | |
|---|---:|
| Fees for legal services............................................................................................ | $3,858.00 |
| Less courtesy adjustment | -3,000.50 |
| Fees for legal services less adjustments ................................................................ | $857.50 |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT 06518

January 7, 2003
R&C Invoice 47396395
Page 3

File # 20748.0017
Defend Maritime Personal Injury Matter

**Matter Summary for File 20748.0017**
Defend Maritime Personal Injury Matter

| | |
|---|---:|
| Fees for legal services | $3,858.00 |
| Credit and adjustments | -3,000.50 |
| Fee balance after adjustments | 857.50 |
| **Total current billing for this matter** | **$857.50** |

# ROBINSON & COLE LLP

FRANK PERROTTI JR
305 SPRUCE BANK
HAMDEN, CT 06518

August 16, 2002
R&C Invoice 47381657
Page 1

File # 20748.0017
Defend Maritime Personal Injury Matter

For services through July 31, 2002

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/16/02 | G. J. Ligelis | Letter to M. Moore re status report. | 0.2 | 340.00 | 78.00 |

Fees for legal services ............................................................................................... $78.00

### Costs and disbursements

| | | | |
|---|---|---|---|
| 07/09/02 | GREGORY J. LIGELIS: 6/25/02 Mileage Hartford-Hamden (RT)(40) re meeting w/ client | | 14.60 |

Total costs and disbursements ................................................................................ $14.60

**Matter Summary for File 20748.0017**
Defend Maritime Personal Injury Matter

| | |
|---|---|
| Fees for legal services | $78.00 |
| Cost and disbursements | 14.60 |
| **Total current billing for this matter** | **$92.60** |

STAM1-820100-1