UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK PERROTTI, JR.,<br><br>Defendant. | Index No. 301 CV 1410 (RNC)<br><br>**CERTIFICATION OF SERVICE** |

**AARON VAN NOSTRAND, ESQ.**, of full age, hereby certifies as follows:

1. I am an Attorney and associated with the law firm of Duane Morris LLP, attorneys for Plaintiff The Connecticut Indemnity Company ("CIC").

2. On October 9, 2006, I caused the enclosed Connecticut Indemnity Company's Memorandum of Law in Opposition to Defendant's Motion for Attorney's Fees be served via Federal Express on the following:

> John L. Senning, Esq.
> Senning & Rieder
> The Essex Law Group
> 16 Saybrook Road
> Essex, CT 06426

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

DUANE MORRIS LLP
A Delaware Limited Liability Partnership

By: _____
Aaron Van Nostrand
Attorneys for Plaintiff
The Connecticut Indemnity Co.