STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT INDEMNITY COMPANY, | : | CASE NO.: 301 CV 1410 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| FRANK PERROTTI, JR., | : | SEPTEMBER 18, 2006 |
| Defendant. | | |

### DEFENDANT'S MOTION FOR ATTORNEYS' FEES

Defendant, Frank Perrotti, Jr. ("Perrotti") in the above-captioned action, by his attorney, John L. Senning, Esq. of The Essex Law Group, hereby moves this Honorable Court for an award of attorneys' fees and costs of Robinson & Cole LLP incurred in the defense of the Florida action entitled *Johan Fourie v. Clean Waste, Inc. and Frank Perrotti, Jr.*, Docket No.: Civ. 01.7735, and the Affidavit of Gregory J. Ligelis in support of the motion. These attorneys' fees and costs were incurred on behalf of and paid by Frank Perrotti, Jr. as a direct result of the wrongful failure and refusal of The Connecticut Indemnity Company to provide a defense for the said Frank Perrotti, Jr. which this Court has determined by its Ruling and Order dated October 5,

January 22, 2008.   Connecticut Indemnity Co. v. Perrotti, 3:01CV1410 (RNC)

Re: Defendant's Motion for Attorneys' Fees (Doc. # 135).

Defendant's motion for attorneys' fees is hereby denied without prejudice. In November 2006, the parties jointly requested that the Court abstain from ruling on this motion until the parties completed discovery and filed supplemental briefs. Nothing further has been submitted. If the defendant still wishes to seek an award of attorney's fees, he may file and serve a new motion on or before February 21, 2008. So ordered.

Robert N. Chatigny, U.S.D.J.